UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER VARTANIAN,

    Plaintiff,

v.                                   CASE NO.: 8:10-cv-1367-T-23EAJ

CITY OF TAMPA and
RICHARD HARRELL,

    Defendants.
_____/

## **ORDER**

The plaintiff's motion (Doc. 13) to file a second amended complaint is **DENIED** for failure to comply with Local Rule 3.01(g).

ORDERED in Tampa, Florida, on August 6, 2010.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE