UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:10-CV-01367-SDM-EAJ


JENNIFER VARTANIAN,
as the Personal Representative
of the Estate of Roobik Vartanian,

          Plaintiff,
v.

OFFICER RICHARD HARRELL,
Individually; and CITY OF TAMPA, Florida

          Defendants.
_____ /


DEPOSITION OF:
**RICHARD HARRELL**

Taken on Behalf of the Plaintiff

DATE TAKEN:        Friday, January 7, 2011

TIME:              Commencing at 11:33 a.m.

PLACE:             Echo Reporting, Inc.
                   442 W. Kennedy Blvd.
                   Ste. 240
                   Tampa, Florida 33606




Examination of the witness taken before:
Kim Strasser, Court Reporter
Echo Reporting, Inc.
Post Office Box 527
St. Petersburg, Florida 33731

<u>APPEARANCE FOR THE PLAINTIFF</u>

MICHAEL P. MADDUX, ESQ.
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606

ANTHONY T. PRIETO,
Prieto, Prieto & Goan, P.A.
3705 North Himes Avenue
Tampa, Florida 33607


<u>APPEARANCE FOR CITY OF TAMPA</u>

URSULA D. RICHARDSON, ESQ.
City Attorney's Office
315 East Kennedy Boulevard, 5th Floor
Tampa, Florida 33602


<u>APPEARANCE FOR OFFICER RICHARD HARRELL</u>

JOHN A. MAKHOLM, ESQ.
The Makholm Law Group
696 First Avenue North, Suite 205
St. Petersburg, Florida 33701

MARC S. MAKHOLM, ESQ.
The Law Office of Marc S. Makholm, P.A.
806 East Jackson Street, 1st Floor
Tampa, Florida 33602


## **I N D E X**

|                                          | <u>PAGE</u> |
|------------------------------------------|-------------|
| Direct Examination by Mr. Maddux         | 3           |
| Certificate of Oath                      | 79          |
| Certificate of Court Reporter            | 80          |
| Errata Sheet                             | 81          |
| Letter to Attorney                       | 82          |

## EXHIBITS

3          Google Map                    40
4          Training                      21

## ATTACHMENTS

1          Photo - Van
2          Photo - Aerial

1    THEREUPON,

2                        **RICHARD HARRELL**

3    was adduced as the deponent herein, and being first

4    duly sworn upon oath, was questioned and testified as

5    follows:

6            THE DEPONENT:   I do.

7                    <u>**DIRECT EXAMINATION**</u>

8    BY MR. MADDUX:

9        Q.    Good morning, sir.  State your full name and

10   current position, please.

11       A.    Richard Lee Harrell, H-A-R-R-E-L-L.  I am a

12   police officer with the City of Tampa.

13       Q.    And how long have you been employed there?

14       A.    I have been employed with the City of Tampa as

15   a police officer since June 24th, 2002.

16       Q.    You left the Orange County Sheriff's Office;

17   is that correct?

18       A.    That is correct.

19       Q.    Why did you leave that agency?

20       A.    I left the Orange County Sheriff's Office

21   mainly because of the pay rate that the Tampa police

22   officers were making over here, was much greater.  I

23   got like an $8,000 pay raise to start, over at a new

24   agency.

25       Q.    Okay.  I just want to confirm that you've sat

1      through all of the depositions that we have taken in

2      this case so far, correct?

3          A.    I believe I have.

4          Q.    In particular, you just sat through the

5      deposition of your partner, Cesare Myles, correct?

6          A.    Yes, sir.

7          Q.    Okay.  So I am going under the theory that you

8      are kind of warmed up, having heard about the incident

9      and we are not going cold turkey?

10         A.    I would say, I guess so.

11         Q.    Okay.  Have you had an opportunity to review

12     any reports that you felt would be necessary to refresh

13     your recollection?

14         A.    I have.

15         Q.    What would that be?

16         A.    About a month ago, I read the police report,

17     and pretty much just reviewed that interview that I

18     did, and all the detectives' notes.

19         Q.    Which detectives' notes?

20         A.    Sonya Wise.  I think there was a statement in

21     there from Sergeant Haggard.  Just everybody that was

22     involved, just read the case.  More just interest to

23     see everybody else's perspective of what else was going

24     on.

25         Q.    Just to clarify, when you say "notes," you

1    mean in the context of a police report, not some sort

2    of handwritten notes?

3        A.    That is correct; it would be the official

4    police report that I actually obtained from my

5    attorney.

6        Q.    Did you write a report in this case?

7        A.    No, I did not.

8        Q.    Officer Myles testified that he gave a

9    post-shooting interview the morning of.  Did you do the

10   same?

11       A.    That is correct.  When we are involved in a

12   police shooting, they interview us just as if we are

13   suspect or witness, therefore, we don't actually write

14   any reports.

15       Q.    Did you have the assistance of counsel during

16   your interview?

17       A.    No, I did not.

18       Q.    And at the time you gave your interview, what

19   was your perspective of it, were you a suspect, were

20   you a victim, were you just a participant?

21       A.    I was going through the normal motions that we

22   go through when we are involved in a shooting.

23       Q.    Had you ever been through that motion before

24   in any other shootings?

25       A.    Yes, in 2004.

1    Q.    Okay.  And that was while you were with the

2    Tampa Police Department?

3    A.    Yes.

4    Q.    I believe that I have obtained some materials

5    about that.  Can you just kind of tell me a little bit

6    about what happened in that shooting?

7    A.    Yes, myself and Officer Tim Gattis [phonetic]

8    were on patrol in the area of Nebraska and 24th Avenue,

9    and we had attempted to stop a vehicle that -- we had

10   stopped a vehicle.  As we were approaching the vehicle,

11   the driver of that vehicle threw the vehicle in reverse

12   and attempted to run my partner over.  They then fled,

13   as he came across the back of the car.  We got back

14   into our vehicles, engaged in a vehicle pursuit, which

15   lasted about five blocks, until they went into an

16   alleyway that was not really a good place to turn into,

17   because as soon as they did, their vehicle got stuck.

18   They were getting out of the vehicle, driver, front

19   seat passenger, exited and fled.  A back seat passenger

20   was having trouble getting out of a car, turned on us

21   and fired a handgun at me.  I returned fire, one shot

22   to him, and he evaded capture and took off running.

23   Q.    Okay.  So in terms of the one shot in that

24   case, it apparently didn't strike the target and the

25   suspect departed?

1        A.      That is correct.

2        Q.      Okay.  And because there was a use of deadly

3    force potentially, you had to complete the

4    investigation, correct?

5        A.      That is correct.

6        Q.      And I am assuming no discipline flowed from

7    that, correct?

8        A.      Correct.

9        Q.      Have you ever discharged your firearm in the

10   line of duty, other than this incident and the one that

11   you just described?

12       A.      No.

13       Q.      Have your discharged your firearm in the

14   context of self-defense as a private citizen?

15       A.      No.

16       Q.      What is your firearm ranking right now with

17   the agency?

18       A.      I am a master-expert shot.

19       Q.      And tell us a little bit about what that

20   means, about the integrity of your shot.

21       A.      The agency recognizes individuals who maintain

22   their proficiency in training with their firearms.  And

23   therefore, they have given a ranking of master, to be

24   able to get that you have to -- basically saying that

25   you shoot perfect that year, each time we qualify.  If

1    I don't shoot to the standards of them, the master,

2    then I would loose this pin (indicating).

3        Q.    And how long have you had that master pin?

4        A.    I have never not fired master.  I have always

5    qualified master.

6        Q.    Officer Myles indicated that you were a field

7    training officer at one point; is that true?

8        A.    That is correct.

9        Q.    What does that entail?

10       A.    Since 1994, I have been certified as a field

11   training officer.  My responsibilities when acting as

12   FTO, you are basically training the new officers as

13   they come on.  You have an officer that rides with you.

14   It goes from the classroom to being out on the streets

15   in the field training.  Basically, just the development

16   of newly hired employees.

17       Q.    Does that assume that you have some

18   familiarity with the SOPs of the agency?

19       A.    Yes.

20       Q.    Have you reviewed any SOPs in preparation for

21   today's deposition?

22       A.    No, I have not.

23       Q.    So as you sit here today, what is your

24   understanding of why you are being sued?

25       A.    I can only assume that the family is, you

1    know, obviously distraught about losing a family

2    member, a son, a husband, and they don't necessarily --

3    may not have all of the facts, because they weren't

4    there, and believe that their loved one may have been

5    unjustly killed.

6        Q.    So you understand what job we have to do

7    today, we are just trying to find out the facts and

8    figure out what happened?

9        A.    Yes.

10       Q.    And you are probably the person in this

11   litigation with the most pertinent facts about what

12   happened?

13       A.    Yes.

14       Q.    Okay.  I would like to focus you down on that

15   particular day, and I am going to ask you some

16   questions about your background, towards the end of the

17   deposition.

18            Tell me about how you ended up partnering with

19   Myles that day.

20       A.    We work with a team, a group of guys that work

21   together, and females.  We had some females on the

22   squad.  There is really no rhyme or reason.  You get

23   people that you get along better with.  I personally

24   like Cesare because he is a quiet, polite guy.

25            You get some guys that are obnoxious in the

```
 1    car with you.  You may have one guy that listens to

 2    music that you don't like.  So Cesare and I, we got

 3    along pretty well.  We share some of the same religious

 4    beliefs.  He is a nonsmoker.  So there is a lot of

 5    reasons why you pick someone to ride in your car all

 6    night.

 7        Q.    How did you end up driving that night?

 8        A.    I like to drive.  I get a little car sick when

 9    I am a passenger, so I kind of pull a little bit of

10    rank when I am selecting partners, and I drive.

11        Q.    In terms of the night of the incident, what

12    was your rank, so to speak?

13        A.    I am just an officer.  And what I mean by

14    rank, is more years of service.

15        Q.    Sure.  On the night of the shooting, how many

16    years total law enforcement service had you provided?

17        A.    I think I had been about 18 then.  October 1st

18    of this year was 20 years.

19        Q.    You reference some same religious beliefs.

20    Without belaboring it, what are those?

21        A.    Just believing in God.

22        Q.    So you guys are both spiritual?

23        A.    Yes.

24        Q.    Are you a Christian?

25        A.    Yes.
```

 1      Q.    Any particular denomination?

 2      A.    I don't claim a denomination; I attend a

 3   Baptist church.

 4      Q.    Do you have -- are you married?

 5      A.    No.

 6      Q.    Have you ever been married?

 7      A.    I was married in 1990 for a very short time.

 8      Q.    How long is short?

 9      A.    Like seven months.  The job didn't do well

10   with the relationship at that time.

11      Q.    Do you have any children?

12      A.    Yes, I have a daughter.

13      Q.    How old is she?

14      A.    She is two-and-a-half.

15      Q.    You are not currently married?

16      A.    No.

17      Q.    Do you live in the city limits?  I am not

18   looking for your address?

19      A.    I do.

20      Q.    And tell me a little bit about your -- did you

21   grow up in Tampa?

22      A.    I did not.

23      Q.    Where were you born?

24      A.    I was born in Palm Beach County.  We moved

25   from there right after I was born.  I grew up in

1    Orlando.

2        Q.    What high school?

3        A.    I went to Heritage Preparatory School.  It is

4    a private school.

5        Q.    And where did you go to college, if you went?

6        A.    Columbia College in Orlando.

7        Q.    What degree did you get?

8        A.    I have an AA and AS in criminal justice.

9        Q.    I read something about you-all being tasked

10   for auto burglary enforcement; is that accurate?

11       A.    Yes.

12       Q.    So what was that going to entail that evening?

13       A.    Basically, when we went to roll call, they

14   would show us maps.  The maps have dots.  What we try

15   to do is clean up dots.  That is the way we think of

16   things.  Specifically, auto theft, auto burglary, those

17   are Part 1 crimes that we would focus on.

18           And I remember during that time, the area to

19   the south of 7th Avenue had been being hit -- the

20   parking lots had been being hit with vehicle

21   burglaries.  So we were down there -- and, of course,

22   Cesare and I were always looking for stolen vehicles,

23   because that is just something that we like to do.

24       Q.    How do you -- let me break that down a bit.

25   How do you look for a stolen vehicle?  What are the

1    signs and symptoms?

2       A.    Windows being broken out of a vehicle, maybe a

3    small vent window.  The door lock being punched.  Down

4    in Ybor City, it is not uncommon to ride down and see

5    like a 13-year-old kid driving a vehicle; they come

6    from everywhere to Ybor.  So we just look for different

7    things.  A lot of times it is just running a tag and

8    pops up stolen.

9       Q.    Do you cruise the multilevel parking garages?

10      A.    Yes.

11      Q.    And you said the south area, what does that

12   mean, like south of 7th?

13      A.    Yes, south of 7th Avenue.

14      Q.    And I think you used the term "Part 1 crime,"

15   what is that?

16      A.    Right.  Just more serious crimes; not an open

17   container of alcohol, you know, not a DUI, but more of

18   an auto theft, burglary, robberies, is what -- at that

19   point, we were called SAC, which stands for Street

20   Anti-Crimes.  We were looking for more of the serious

21   stuff; however, if we catch a group of kids underage

22   drinking, we are still going to enforce those laws.

23      Q.    That is sort of the zero tolerance that Myles

24   was talking about?

25      A.    That is correct.

1    Q.    Did you recall before encountering the group

2    off of 6th Avenue, making any arrests that night?

3    A.    No, I have a pretty good memory of the

4    incidents leading up to that event.  I have relived it

5    quite a bit.  No, it was an unusually slow night.

6    Q.    What day of the week; do you recall?

7    A.    I want to say it was early Saturday morning.

8    I am going from memory.  I think it was after midnight

9    on Friday, so early Saturday morning, if I am correct.

10    Q.    That is one of the busiest times in Ybor,

11    correct?

12    A.    Yes.  You know, Ybor City transforms from nice

13    couples going down to the restaurants, to the movies

14    theaters, around 11:00, 11:30, starts turning into a

15    different environment.  And, of course, around 1:00 to

16    2:00 to 3:00, it turns into an even worse environment;

17    gangs from different areas, you even see the clothing

18    that they are wearing change.  So, yes, to answer that,

19    it would be a busier time, yes.

20    Q.    But in terms of the typical Friday, slash,

21    Saturday morning, it seems a little slower?

22    A.    It was unusually slow.  And I remember moments

23    before this incident, making that comment to Cesare.

24    Q.    Did you ever make a journal of this or take

25    your own private notes to recall what happened?

1    A.    I never did.

2    Q.    Did you ever do any of your -- an independent

3  investigation on your own to find out anything about

4  any of the participants, the location, or facts?

5    A.    Unfortunately, I started reading the newspaper

6  after the incident, so I did get some information from

7  the newspaper, but that is the only outside

8  investigation or reading that I would have done.

9    Q.    So you have never interviewed any witnesses

10  about this case, correct?

11    A.    No, I have not.

12    Q.    So it is fair to say, in your answers to

13  interrogatories, all of the names that you listed are

14  basically pulled from the report, in conjunction with

15  your lawyer -- in parenthesis -- I don't want to know

16  anything that you talked to your lawyer about, okay?

17  But those names are pulled to list everyone that night

18  that might know something, correct?

19    A.    Yes, I would use police reports, you know,

20  yes.

21    Q.    Other than your partner and the people that

22  were in the north and south group, that is what I will

23  call them right now, do you know anyone else that has

24  any specialized information or knowledge about the

25  shooting itself?

1       A.   No.

2       Q.   You are on 16th Street driving in the

3   undercover van.  Had you ever been in that van before,

4   doing the same type of work?

5       A.   Yes.

6       Q.   So you are familiar with how the van operated?

7       A.   Yes.

8       Q.   How did you guys get that van; do you know?

9       A.   I like the van.  It is more room.  I come from

10   a background of surveillance.  I like to park the van

11   in a parking lot.  I like to sit in the back and just

12   kind of watch people break into cars, what I am looking

13   for.

14       Q.   How is that van conducive to allowing you to

15   do that kind of surveillance?

16       A.    It has got the darker windows and it has

17   got -- you can actually get out of the front seat and

18   sit in the back seat and use binoculars to watch people

19   in the parking lot to see what they are doing.

20       Q.   Did you do that through that side glass

21   window?

22       A.   Yes.

23       Q.   Had you done any of that the evening before

24   the shooting?

25       A.   No.

1    Q.   Why were you in that particular location prior

2    to the altercation?

3    A.   I had just left the convenient store on Adamo

4    Drive at around 16th Street, I want to say.  I frequent

5    that place.  I love Red Bulls and I love Milky Way

6    Darks, and I had just went and got me those.

7    Q.   When did your shift start?

8    A.   I believe we started at 16:00 that day.

9    Q.   When would you have really been focusing,

10   around what time in Ybor?

11   A.   Around 11:00, 12:00.

12   Q.   What would you do before that?

13   A.   We would go after wanted subjects, get

14   warrants and go look for them.  We did prostitution

15   stings on Nebraska.  We worked the area of East Tampa,

16   which is known as a drug area, some of the parts of it,

17   as well as a high-crime area in some parts.  So we

18   would focus our area on the north side of I-4 until

19   late in the night, and then we would be called down by

20   our supervisor to go to Ybor.

21   Q.   Who was your supervisor?

22   A.   Sergeant John Haggard and Corporal Mark

23   Messier.

24   Q.   Had you ever had any discussions with those

25   two supervisors post shooting about how this could have

1   been prevented?

2       A.    No.

3       Q.    Had you ever had any training about this

4   shooting or provided training since you were involved

5   in the shooting about how to avoid these kinds of

6   situations?

7       A.    No, no one has ever spoke about how this

8   could've been avoided, other than just not coming to

9   work that day.

10      Q.    Do you have, in your career, training in

11  simulated activities involving encountering people that

12  were carrying weapons?

13      A.    Yes.

14      Q.    What were the titles or type of training?  I

15  am just looking to see where that would be in your

16  18-year career.

17      A.    We have done a lot of different training.

18  Some of the trainings that I participated in has been

19  paper-type targets, where you go into a shoot/don't

20  shoot scenario in a shoot village.  And you will be

21  walking through, and you will look left and a target

22  will pop up, and it may be a lady holding a child.  You

23  continue down, you know, maybe a suspect holding a

24  knife.  And then eventually there will be suspects

25  holding guns.

1          Q.     And what is the title of that kind of

2     training, like simulation or live, or who do they call

3     it?

4          A.     I remember it was called a shoot village.

5     There is also other training that I have participated

6     in a few times, is called the FATS machine.  I don't

7     know what that means.  It is a video simulator that

8     will put you into scenarios, and there will be

9     shoot/don't shoot situations.

10         Q.     Do you get score cards on those?

11         A.     I don't -- I have never seen a score card.  I

12    know they tell you pass, fail right there.  In fact,

13    the City of Tampa, at that point in time, I don't know

14    what the requirements are now, but to even get hired

15    here, you had to go through that video-type scenario

16    training.

17         Q.     Have you ever not passed one of those video or

18    shoot village scenarios?

19         A.     No, I have always passed.

20         Q.     In your field training, have you ever had the

21    opportunity to teach how to properly engage a suspect

22    with a firearm?

23         A.     Yes.

24         Q.     Okay.

25         A.     I don't think there is a set, proper way to

1   handle a person with a firearm.  Every situation is

2   different.  So we go through officer safety training,

3   cover concealment, weapon retention, weapon selection.

4       Q.    I think as a courtesy to me after the depo,

5   you are going to look at what I will go ahead and mark

6   as, we will make it Exhibit 4, and that's the latest

7   list of all of your training that was provided by the

8   City and the response for request to produce.

9          If you will just maybe asterisk everything

10  that you think might have involved firearms training.

11  It could either be a shooting, the shoot village, or

12  scenarios.

13          (Document so marked Exhibit No. 4 for

14      identification.)

15  BY MR. MADDUX:

16      Q.    So in your career, what has been the most

17  helpful training in safely managing your firearm from

18  you own personal perspective?

19      A.    I think just street experience, dealing with

20  so many situations.  You go through 18 years, you know,

21  hoping never to draw your weapon, but having to draw

22  your weapon often.  Most of those situations end up

23  peacefully, people surrender, or people identify that

24  you are a police officer and their aggressions aren't

25  toward you, so they drop their weapon.  That would be

1    the most beneficial to me, just my overall experience

2    on the streets.

3         Q.    You mentioned two experiences where you

4    actually discharge your firearm.  Do you have a

5    recollection of other times in your career where you

6    have been at the verge and almost had to and then

7    things deescalated?

8         A.    Several times.

9         Q.    Could you share some of those, please?

10        A.    Sure.  I can't give you dates or times.

11        Q.    Okay.

12        A.    I can just give you scenarios.  In Tampa, my

13   partner and I were in a domestic situation where a male

14   had beat his wife up.  We went to arrest him.  She

15   attacked us.  Her mother attacked my partner, hitting

16   him in the face, in the eye with a high-heeled shoe.

17   The teenage daughter obtained a very large knife and

18   was coming at us.  I had to draw my weapon at that

19   point.  And this was a teenage child.  And fortunately,

20   through dialogue, I was able to get her to put that

21   down.

22             There was a situation in Orlando, I was on a

23   specialty unit, where we went only after high profile

24   offenders, such as homicide suspects.  We were

25   attempting to take down an ex-police officer, who had

1    just killed two people, and during this encounter, he

2    rammed our vehicles, he gave us a chase, he shot my

3    partner in the testicles, and I was forced to draw my

4    weapon, of course, and engage in a rescue mission with

5    my partner.  I never fired my weapon.  And the reason I

6    did not was because the suspect had ran into a yard

7    where there were children.  That ultimately ended after

8    a three- or four-day hostage stand off where people

9    were killed inside the house, until he finally took his

10   life inside the house.

11           There have been other situations where, went

12   to a large party out in an orange grove, where there

13   was a lot of 4 x 4 trucks.  The guys had started

14   fighting and shooting.  We got there, surrounded them,

15   drew our weapons, and they surrendered.  Those are the

16   ones that are coming quickly to memory.

17       Q.    What was that ex-police officer's name; do you

18   remember?

19       A.    I don't remember.  That was an Orlando case.

20       Q.    About when?

21       A.    I want to say 2000.

22       Q.    And he had been a former Orlando police

23   officer?

24       A.    No, he was in Fort Lauderdale.  And he killed

25   two people in Fort Lauderdale and had fled to his

1    sister's house, where they told us where he may be.  We

2    set up surveillance and did observe him.

3         Q.    Who was your partner in the domestic scenario,

4    if you remember?

5         A.    Scott Weatherfield.

6         Q.    What agency were you with then?

7         A.    He still works for the Orange County Sheriff's

8    Office.

9         Q.    You made it very clear, you left for some sort

10   of a promotion, but do you feel like any of those

11   incidents that you relayed, those high-stress incidents

12   in Orange County, at all played a role in you getting

13   out of that geographic area?

14        A.    Absolutely not.  I still maintain a close

15   friendship -- and, in fact, when the new sheriff was

16   elected, I kept a really strong relationship with the

17   old sheriff.  And he always told me to come back and

18   still got a place for you.  I told him I like the beach

19   better.

20        Q.    Do you recall answering some interrogatories

21   for this case?

22        A.    Yes.

23        Q.    And specifically you've described the incident

24   in detail in response to Interrogatory 8 and 9.  Do you

25   want to change any of that?  I am not suggesting that

1      you should, I just want to make sure, you reviewed it,

2      you've sworn to it --

3          A.    I never reviewed it since I completed them.   I

4      took a great deal of time and effort putting into them,

5      so I am sure they are accurate.

6          Q.    Okay.  So the incident happens on September

7      the 6th, 2008, we have set the scene a little bit, that

8      you had left the convenient store on Adamo.  Did you

9      eat all of that stuff you were telling us about or

10     saving for surveillance times?

11         A.    No, I would sit in there and talk to the

12     clerks and hang out outside the store and drink my Red

13     Bull and eat my Milky Way Dark.

14         Q.    Okay.  Would Myles normally go in there with

15     you?

16         A.    Yeah, Myles is more of a healthier guy.  He

17     would, more or less, go for the water.  And he, a lot

18     of times, brought fruit with him in his little

19     lunchbox, so he would be eating an apple or something.

20         Q.    What is your description of your uniform that

21     night?

22         A.    I was wearing black tennis shoes.  I was

23     wearing blue jeans.  I was wearing a green T-shirt.  I

24     had my black vest that they issue to us.  It is a

25     smock-type vest.  It has a Tampa Police patch like this

1    (indicating) on the chest.  On the other side it has

2    large white letters, "police."  And then on the back it

3    says, "police."  And then I always wear a badge around

4    my neck.  It would have been this badge here

5    (indicating), but it is on the dog chain that hangs

6    right here (indicating).

7         We don't wear those vests all of the time.

8    There is -- that is the reason that we have those

9    vests, is because some of the times we are undercover,

10   and a lot of times we need to be able to dress down, we

11   call it, quickly.  So we are able to just take those

12   vests off, throw them under the seat, and maybe pick up

13   a prostitute on Nebraska.  Or if we see a couple of

14   kids, you know, looking in car windows in a parking

15   lot, we can take those vests down and maybe even follow

16   them on foot.  We have done those techniques.

17        Q.    Did you have a bulletproof vest on?

18        A.    No, I did not.

19        Q.    Is that protocol?  Is that officer choice?

20        A.    It was personal laziness, quite honestly.  I

21   always wear a vest, and I had just come to this unit,

22   and I was kind of getting comfortable with plain

23   clothes.  I had my vest in the vehicle with me in case

24   we needed it, but I did not have my ballistic vest on.

25        Q.    So at this point of this incident, what, you

1    are in your career, what, about 15, 16 years?

2        A.    18.

3        Q.    18 at the point of the incident?

4        A.    Yes, I am at 20 now.

5        Q.    Okay, 20-plus now.  So tell me about that

6    statement that you said, that you were just getting

7    comfortable with plain clothes; had you not spent a lot

8    of time with plain clothes in your career?

9        A.    No, I spent a lot of time.  I worked in Orange

10   County and Seminole County, I worked on the narcotics

11   unit, I worked on the felony squad for two-and-a-half

12   years.  I was just kind of getting back into the

13   undercover mode, coming out of the field training

14   officer program, so I think I was just kind of liking

15   wearing a T-shirt instead of all of this (indicating).

16       Q.    How long had you been an FTO?

17       A.    A while.  A few years.

18       Q.    Okay.  And how long had you been in the SAC at

19   the point of the shooting?

20       A.    Two weeks.  So eight days.

21       Q.    Had you ever served in a similar style unit,

22   and what would the names of those units have been?

23       A.    Yes.  I worked on the tactical response unit.

24   I have worked on the criminal investigation division,

25   which is that unit that we talked about in Orange

1    County that we went after high-profile sexual

2    offenders.   I worked undercover narcotics.

3        Q.    Are you MIRT certified?

4        A.    Yes.

5        Q.    Are you -- have you ever been on a SWAT team?

6        A.    Tactical response team, yes.   Emergency

7    response team, is what they called it over there.

8        Q.    So you were on the Orange County ER team?

9        A.    Emergency response unit, yes.

10       Q.    How long?

11       A.    Several years, probably eight years.

12       Q.    And I have deposed other officers where it

13   seems there is different levels of respect for that

14   type of a team.   In that agency, is that considered to

15   be sort of an elite squad?

16       A.    In Orange County, they have a lot of different

17   teams.   And they have the SWAT team, which is a

18   full-time tactical, the elite of the elite.   That is

19   full time.   We don't have that here.   And then they

20   have another team, where we are ERT, means we respond

21   to these things, but we also work other job functions,

22   so we would be on a call-out basis.

23            But, yes, we hold a higher level of respect.

24   We are held to higher standards in regards to physical

25   training, conduct, making sure you are not getting in

```
 1    trouble, as well as maintaining proficiency with

 2    certain specialized weapons that we would use.

 3        Q.    Why did you switch from the field training to

 4    SAC?  What happened?

 5        A.    Sergeant John Haggard kind of recruited me.

 6    And I had been doing FTO for quite a while.  It is a

 7    tough job.  You always have somebody in your car.  You

 8    may not particularly care for the person that is in

 9    your car.  You don't have an option of selecting that

10    individual that is in your car.  It basically invades

11    all of your privacy time.  You can't even talk on the

12    phone without somebody being in the car with you.

13        Some trainees catch on quicker, some trainees

14    take a lot of time, and it is frustrating to have to

15    see somebody come out here and want this job so badly,

16    and you are the one that kind of shatters their dreams

17    because they are not prepared for it.  So I was just

18    ready for a change.

19        Q.    You, yourself going through FTO, were you

20    pretty much a quick study or average; what is your

21    recollection?

22        A.    I was blessed, as you know I have been through

23    three agencies.  I started with Seminole County, which

24    is a great, smaller agency.  I knew that was a

25    steppingstone for me.  So I went through field training
```

1    there.  I did very well.  I was accelerated through the

2    program and released early.

3         When I was hired with Orange County, I came

4    with experience from Seminole.  They accelerated me

5    through the program.  And when I came to Tampa, they

6    accelerated me through the program very quickly.  All

7    three agencies, I got very high evaluations.

8    Q.    In terms of your professional jacket, do you

9    have any discipline against you?

10   A.    No, I have a pretty clean record.

11   Q.    And I would be particularly obviously

12   interested in the unpleasant topic of excessive force.

13   A.    No, I don't even have very many complaints.

14   Q.    In the evening in question, was there any type

15   of confidential informant involved in any of your

16   activities that night?

17   A.    No.

18   Q.    So you weren't working with CIs?

19   A.    No.

20   Q.    You weren't trying to do any drug operations?

21   A.    No.

22   Q.    Did you continue to work with the SAC unit

23   after the shooting?

24   A.    For a short time.  I left.

25   Q.    How long?

1      A.    It wasn't -- it was a few months.  I knew --

2   this has been kind of a life-changing situation for me.

3   And kind of right after this, of course, they put you

4   on administrative leave while they do the

5   investigation, and I left SAC and went into the

6   training division.

7      Q.    Is that where you work now?

8      A.    No.  I went into the training division

9   specifically to go over to Police Explorers, started

10  working with children, trying to do more of a positive

11  role in police work.  I enjoyed that; I was over there

12  a year-and-a-half.

13          Just, if you are familiar with the Police

14  Explorers, it is 14, 15, 16, 17, 18 year olds that want

15  to be police officers one day.  We have a competition

16  shoot team -- we have a lot of competition teams.  So

17  these kids travel.  And part of my responsibility was

18  taking them all over the state, and you may even take

19  them to like Colorado for national championships.  I

20  loved the program, but it just became too demanding, me

21  leaving the state for seven-eight days.  And so I left

22  that, where I am currently working now, is a school

23  resource officer in a middle school.

24     Q.    Which one?

25     A.    I am at Ferrell Middle School.

1      Q.    Where is that?

2      A.    22nd and Chelsea.

3      Q.    So since the incident, you worked with the

4    Police Explorers extensively and now you are a school

5    resource officer at Ferrell?

6      A.    Yes.

7      Q.    And I am correct in saying that you were not

8    disciplined for this shooting that we are here about,

9    correct?

10     A.    No, not at all.  I was cleared by the State

11   attorney and cleared by internal affairs and the chief

12   of police, and returned to work in, I think, four days.

13     Q.    So you had four days admin?

14     A.    Yes.

15     Q.    Tell me, if you can, what you mean when you

16   say, it has been a life-changing event?

17     A.    It is just mentally and physically, it is

18   devastating to take a life.  It is not what I signed up

19   for this job to do.  I have always been that police

20   officer that I love helping people.  You know, whether

21   I am on my way to work or on my way home, if I see

22   somebody with a flat tire, I am stopping.  I am

23   helping.

24         And this night, to have to take a life, you

25   know, it just weighed on me.  And then the mistake that

1   I made, watching the media.  I learned that this -- you

2   know, that Vartanian had a child.  And I read into

3   that.  And that bothered me, because I have a daughter.

4   And she was just a couple months old when this

5   happened.  And I remember that was the first thing that

6   I thought about was, that could've been me not coming

7   home to her.  And she wouldn't have a father.

8        So till this day, I still dream about this

9   little girl, because I think about his family and what

10  he went through.  And not that I did anything wrong,

11  because I know I did not, but it is something that I

12  hope to never have to do again.  Because whether you

13  are right or wrong, it sticks with you, it is a hard

14  thing to do.

15  Q.   As you sit here today, do you understand and

16  know what -- do you have an understanding of what he

17  was going through that night, about what his concerns

18  were that night?

19  A.   Only because I sat through the depositions.

20  Q.   Uh-huh.

21  A.   Without being afforded that opportunity, the

22  only thing I would really ever know is that there was a

23  man coming, running with a gun, very angry.

24  Q.   Uh-huh.  We will break that down.  But as you

25  now, having heard Bennett's testimony, you know that he

1   was protecting, in his mind, what he thought was most

2   precious in his life, right?

3          MR. J. MAKHOLM:  Object to the form.

4          You may answer, if you can.

5          THE DEPONENT:  The only way that I know that

6       is because I have listened to other people.  And

7       whether they be facts or opinions, if that is, in

8       fact, what he was doing, was protecting his family,

9       then I am sure he was, you know, quite emotional.

10      And if his daughter was truly there, then in his

11      mind, he was probably defending his child the best

12      way that he reacted.

13  BY MR. MADDUX:

14      Q.   It is fair to say that you didn't know what

15  was in his mind, right?

16      A.   I did not.  This happened in seconds.

17      Q.   Well, I have provided some diagrams; you have

18  had a chance to look at?

19      A.   Yes, sir.

20      Q.   And you said that this happened in seconds.

21  How many seconds would you say?

22      A.   The whole incident was less -- I would say

23  less than a minute.  But from the time I saw him, you

24  know, running with a gun, yelling, it was a matter of

25  me exiting my vehicle, drawing my weapon, giving

1    commands, and then watching him turn towards me.   So

2    five to 10 seconds would be the -- I would say the

3    deadly encounter.

4        Q.    I am going to walk you through it, but you

5    kind of summarized it, so I will ask you one of the

6    questions on my list:   What facts do you believe

7    established probable cause that Vartanian posed a

8    serious threat of physical harm to any citizens in the

9    area?

10       A.    He was armed with a firearm; I knew that, I

11   saw it in his hands.   His body language was aggressive.

12   It wasn't of a person that is in fear for their life.

13   He was making verbal statements that he was going to

14   kill, and even used racial slurs, that he was going

15   kill them.

16           And with the fact that he has got a gun, he

17   says he is going to shoot him, he is going to kill him,

18   and he's going towards the subject -- I mean, there was

19   nothing more in my mind that I thought, this guy is

20   about to kill somebody.

21       Q.    Who was the subject he was moving towards?

22       A.    The two black males that had run across the

23   street.

24       Q.    And how far away were they at that point?

25       A.    I didn't know where they were, because I told

1      Cesare, my partner, I said, you keep an eye on these

2      guys, I will watch these guys.  At that point, when I

3      said that -- you know, that was -- that kind of comes

4      from my experience, the way that I work, and when I am

5      in my car, which is one of the reasons I like to work

6      with Cesare.

7              There is different types of officers.  There

8      is the officers that see a situation and run right into

9      it.  I've learned, through my experience, that if we

10     would have jumped out of the car at that time and

11     started investigating, at that point all I have is the

12     two African-American guys on the north side -- or south

13     side of the street's word against the guys on the north

14     side, and I never know what really happened.  So what I

15     have kind of incorporated into my style of policing, I

16     like to sit and listen.  Let's hear what is going on,

17     let's listen to the argument, let's see who is the

18     primary aggressor, then we can walk in and do a better

19     investigation than just, he did it, she did, we did it;

20     I never know who to arrest.

21             So that is my style.  I pull up, I go, let's

22     just sit here, let's see what goes on.  That is the way

23     Cesare and I work together when we work together.

24     Q.    Were you planning on making an arrest when you

25     pulled in the alley [sic] and headed eastbound?

1    A.    No.

2    Q.    I mean, in the street.  I said "alley," I mean

3 street.

4    A.    No.

5    Q.    What comes up in your mind in terms of your

6 police training, and I use the word deescalate?

7    A.    Deescalate is when a situation is on its way

8 down, it is calming.

9    Q.    Do you agree that sitting in your van is not

10 going to deescalate anything, because they don't know

11 that you are the police?

12    A.    Well, it appeared, and I never knew -- I

13 didn't hear these people yelling, when I was down the

14 street.  I didn't realize that we have a problem until

15 I was already -- you know, we had turned onto the

16 street, which, listening to Cesare's testimony, it was

17 different.

18    Q.    What is different?  Be specific; what do you

19 mean?

20    A.    Well, I believe that he testified that he knew

21 there was more of a problem going on when we were way

22 down the street.

23    Q.    Uh-huh.

24    A.    I cannot say that.  I did not realize there

25 was a problem until I saw two black guys run across the

1    street.  And at that point, I heard yelling and

2    screaming.  And at that point, we are right in front of

3    these houses, is where I remember, to have figured out,

4    hey, there is something going on.  We have got two guys

5    running, some guys screaming and yelling.  Let's see

6    what we've got.

7         I did continue to drive past them, because I

8    didn't want to stop in the middle; I wanted to drive

9    past them, sit in the vehicle, and listen and see what

10   was going on.  I did see three or four guys on this

11   side of the tracks (indicating), and then there was two

12   that had just run into --

13   Q.    So on the north of the tracks, right?

14   A.    Yes, right.

15        And then there is two that had ran in front of

16   my vehicle as I am right here (indicating).  So that is

17   why I parked there (indicating).  The windows were --

18   my window was down, and I am confident that Cesare's

19   window was down as well.

20        But at that point, I am just listening.  And

21   these guys, they are gone, there is quite a distance

22   between the two groups.  This happens in Ybor all of

23   the time, where, you know, people don't really want to

24   fight, but they don't want to be the ones to say they

25   don't want to fight.  So they are saving face:  Oh, you

1    come over here and I will kick your butt, whatever, as

2    they are continuously separating, so it doesn't happen.

3    That is very common.

4         So in my opinion, the situation wasn't, you

5    know, imminent that these guys are going to fight,

6    because there is still time for me to get out and break

7    this fight up if I have to.  At that point in time, I

8    didn't know there was a weapon involved.

9    Q.    So knowing that Roobik was the one that was

10   shot and knowing what he looks like --

11   A.    Yes.

12   Q.    -- tell me about now, rolling back in your

13   memory as you are -- as your partner said, kind of

14   creeping down the street, what is Roobik doing?

15   A.    I don't remember seeing Mr. Vartanian.  I

16   remember seeing three guys, three or four, and I don't

17   recall exactly how many it was.  I remember seeing

18   three or four guys over to the tracks.  I don't

19   remember him as being one of the guys there.  I don't

20   remember him until I see him running up to them, is the

21   way I remember the situation.

22   Q.    Did he approach from the rear?

23   A.    Yes.

24   Q.    I think I gave you what I am marking as 3,

25   which is actually from the deposition.

```
 1              (Document so marked Exhibit No. 3 for

 2          identification.)

 3    BY MR. MADDUX:

 4        Q.    Maybe in the blue pen that is there, so it is

 5    distinguishable, you can mark where you see the three

 6    men standing from your vantage point.

 7        A.    Okay (indicating).

 8        Q.    Okay.  Could I just get a visual?

 9              We will go red for Vartanian, because I'd like

10    for you to draw next what Vartanian -- where you first

11    saw him.

12        A.    (Indicating) he was -- to describe, I was in

13    the van.  The three subjects are on the tracks or on

14    the north side, I could not tell, because this is a

15    hill (indicating), a raised, elevated piece of earth

16    there.

17        Q.    For the record, you are dialoguing about

18    Exhibit 1 now?

19        A.    Yes.  So they are to the west of me and to the

20    north of me.  They are further west than the back of my

21    vehicle, so they -- I am here (indicating), they are

22    back here (indicating), the three guys.

23        Q.    Towards the right edge of the picture?

24        A.    That is correct.  Then he runs up on the right

25    side of the furthest one to the right.  So he is now
```

1    the furthest person away from me.  He is running in a

2    diagonal position from the corner of that building, and

3    I will mark it in red (indicating) -- I don't know

4    where he came from, so I can't -- the only thing I can

5    see is when I first saw him, and he was kind of -- and

6    I can't tell where the railroad track -- actually, this

7    is going to be inaccurate.  So I would like to change

8    it, because I thought that was the grass field

9    (indicating).  May I put red Xs through what I want to

10   change and make it blue?

11       Q.    Sure.

12       A.    They were --

13             MR. M. MAKHOLM:  This is the railroad tracks,

14         (indicating).

15             THE DEPONENT:  Okay, I see it.

16             MR. MADDUX:  Take a time out.

17             (A discussion was held off the record.)

18             MR. MADDUX:  Back on.

19   BY MR. MADDUX:

20       Q.    You've had a few minutes to look at the

21   diagram and gain a new perspective on it.  Can you just

22   describe what you crossed out and what you marked new?

23       A.    My original three dots indicating the

24   gentleman that I saw, I have moved them from where I

25   thought was the grass area, to depict more of an

1    accurate area where it would be on the grass and the

2    railroad tracks, so I have moved them towards the

3    center of the page, and the three blue dots there

4    (indicating).

5        Q.    Okay.  If you look at Exhibit 2, which is the

6    aerial of the area, does that also kind of reinforce

7    what you are saying, that open area would be the

8    parking lot?

9        A.    Yes.

10       Q.    And you actually saw the three people standing

11   more towards the railroad tracks, correct?

12       A.    That is correct.

13       Q.    What were those three people wearing?

14       A.    I know that they were wearing dress clothes,

15   like dress shirts.  I know one of them had a black

16   shirt on.  But they weren't wearing anything that said

17   security.  They weren't wearing uniforms.  They were

18   wearing dress clothes, like you would go out into a

19   club, maybe.

20       Q.    Did you recognize any of them from prior

21   encounters?

22       A.    No, I did not.

23       Q.    So your first memory of Mr. Vartanian is that

24   he is coming towards those men?

25       A.    Yes.

1     Q.    Okay.

2     A.    He is coming towards what I now know is his

3  friends.

4     Q.    Did you see a gun at that time?

5     A.    No.

6     Q.    And when did you first see the gun in his

7  hand?

8     A.    At that point, the scene changed.  I could

9  tell that a different voice was there, it was louder,

10  there was direct threats.  Before he arrived, it was

11  more just running their mouth, back and forth at each

12  other.  As he arrives, he is yelling, he is screaming,

13  it is different.  I look over and I see this huge man,

14  and I knew something was different.  I just had the --

15  I just had a feeling.  And then as I see him

16  approaching diagonally pass by his friends, I see in

17  his hand that he has got a gun.

18     Q.    Which hand?

19     A.    His right hand.

20     Q.    When you say "huge," how did you feel that

21  presence; was it height, width?

22     A.    He just -- I remember this man looking

23  massive, and he is a large man.  It may have been

24  because he is up on a hill and I am down on the street,

25  so, you know, he was much larger -- looked much larger

1    than he was, I guess.

2        Q.    Capture that incident when you first see the

3    gun.  Where is it being held in his right hand?

4        A.    He has got it in front of him, and it is kind

5    of down, and I would say, in law enforcement we would

6    call that a low-ready position.

7        Q.    That is what you wrote in your interrogatory.

8    Define low ready.

9        A.    Low ready, when you are standing, you have got

10   the firearm pointed at an angle towards the ground.

11   Your arms are kind of straight, but out -- the weapon

12   is ready to come up, all you have to do to use that

13   weapon is raise your arms (indicating).

14       Q.    In your demonstration here that you are kind

15   of showing what you are speaking about, you are

16   assisting your right arm with your left.  Is that what

17   he was doing?

18       A.    He had two hands on the gun at one point, and

19   then there was a point where he started turning towards

20   me, where he took the left hand off and come at me,

21   started coming in my direction with his right arm

22   extended.

23       Q.    Now, is that moment that you just described,

24   in response to anything that you are doing?

25       A.    I know I got out of the vehicle.  I remember

1    sitting in the vehicle, looking over my left shoulder.

2    When I saw him coming out, I started paying attention

3    very closely to him, and as I saw the gun, I remember

4    slapping Cesare, I believe I slapped him on the leg,

5    and I said, "gun," as I am opening the door.  I exit my

6    vehicle, as I am drawing my weapon, and I take a stance

7    just outside my vehicle between the door and the car,

8    where it makes a V.

9         Q.    With a red marker, tell me where you are

10   standing on Diagram 1.

11        A.    As I get out -- which one is 1?

12        Q.    The one with the van.

13        A.    As I get out of the vehicle, I am standing on

14   the street (indicating) between my vehicle -- there is

15   a palm tree there (indicating), and my door would have

16   been open.  In fact, I think it is still open, as I

17   left it, in the picture (indicating).  So I would be on

18   the road -- I know this dot (indicating) looks like I

19   am next to the tree, but I am on the street.

20        Q.    Was it possible to assume a cover position

21   behind the street?

22        A.    No, because my door was open, and I actually

23   thought of that night:  I am in a bad spot.  That is

24   when I started -- I took a couple steps forward, and I

25   yelled twice.  And I said, "police, drop your weapon.

1    Police, drop your weapon."  And when I said it the

2    second time is when he started -- I mean, he just

3    turned and looked at me, and that is when he started

4    turning towards me, his body, swinging towards me.

5    Now, he was already in a running motion, still, and it

6    was like his hips and all started turning towards me.

7        Q.   Up to the point that you say that you yelled,

8    "police," you would have to admit, I believe, that

9    there is no way that he could have known that you were

10   the police?

11            MR. J. MAKHOLM:   Object.

12   BY MR. MADDUX:

13       Q.   I mean, tell me one thing that he could've

14   seen that would have caused him to believe that you

15   were the police?

16       A.   The only thing that he would have seen when he

17   turned towards me, is my vest that said "police,"

18   patch, badge hanging and my audible directions, telling

19   him I am the police.

20       Q.   What was the strength of those audible

21   directions?  I mean, from your voice, how loud?

22       A.   I speak very clear and calm.  I stay very calm

23   during the situation.  I give direct orders.  I

24   projected my voice loud, you know, "police, drop your

25   weapon," I am yelling it, "police, drop your weapon."

1        Q.    How far away are you from him?

2        A.    I want to say 25, 30 yards, estimate.

3        Q.    Did you get the sense he was focusing on you

4     as you got out of the vehicle?

5        A.    When I got out of the vehicle, no.

6        Q.    Is it your -- did he have any kind of argument

7     or beef with you as you got out of the vehicle, to your

8     understanding?

9        A.    No, not that I know of.

10       Q.    He hadn't said anything directed towards your

11    vehicle, had he?

12       A.    No.

13       Q.    What were the specific verbal threats that you

14    had heard him giving as you said he was running and

15    making threats?

16       A.    He was making the -- he said -- I am going

17    from memory:  I am going to shoot that motherfucker; I

18    am going to kill that nigger.

19       Q.    Did you see anybody he could do those things

20    to?

21       A.    Yes, the two black men that had been involved

22    in the argument that had just ran across the street in

23    front of my car.  I mean, I knew at that point there

24    was a weapon involved, there was a very angry man,

25    making threats, and there was a victim there that

1    potentially could be a dead victim.

2        Q.   Are you saying that you ever saw his weapon go

3    past low ready before you shot him?

4        A.   When he started turning towards me, yes.  It

5    came up and he began spinning towards me.

6        Q.   As he is spinning towards you, what direction

7    is his body facing directionally, north, south, east,

8    west?

9        A.   East.  He is running in a southwest position,

10   and now he is turning his body towards me, towards a

11   southeastern position.  I mean, this isn't a slow turn;

12   this isn't -- I am trying to describe it so you get the

13   picture.  He didn't stop and slowly turn at me, while

14   he was going forward; he made a very quick and forceful

15   direct move towards me (indicating).

16       Q.   What is your prediction about -- okay.  I will

17   rephrase that.

18            Prior to you verbally addressing him and

19   getting his attention, if he had been able to continue

20   to run, where would he have gone?  Can you show me on

21   Picture 1, like if he had stayed on vector, picture --

22   if that is Picture 2, being Picture 1 with the palm and

23   the van.

24       A.   He would have --

25            MR. J. MAKHOLM:  Let me object to the form of

1          the question, to the extent it is asking

2          something this witness might not know.

3                MR. MADDUX:  Okay.

4                MR. J. MAKHOLM:  I think we will agree, he

5          can't know where the guy was going.  I don't think

6          you are asking that.

7                MR. MADDUX:  Right.  I am asking, if he

8          continued to run in the direction he was moving,

9          where would it have taken him.

10               THE DEPONENT:  It would have taken him in this

11          area here (indicating).

12    BY MR. MADDUX:

13        Q.    Is that behind the van?

14        A.    Yes.  Over towards this house (indicating),

15    with the white picket fence, and where I had seen the

16    two black males run.

17        Q.    Okay.  The firearm that he is carrying from

18    the position that you are in, is it on the far side of

19    his body?

20        A.    It is in front of his body --

21        Q.    Okay.

22        A.    -- in his right hand, extended out in front.

23        Q.    Describe his run or his movement.

24        A.    It was a -- everything kind of slowed down,

25    and it looked like -- it was a strange run.  It wasn't

1    like, I am running, a football player running; it was

2    almost like long steps, aggressive -- it is a strange

3    run.  It is really hard to describe.  But it was like a

4    slow jog, but his legs were extending very far, like a

5    strong walk.

6         Q.    Where is your firearm kept on your belt?

7         A.    Right where it is today, on my right hip.

8         Q.    And describe what other weapons that you had

9    and what kind of belt you were wearing.

10        A.    I was wearing this exact issued utility belt

11   (indicating), carrying the same weapon.  I carry pepper

12   spray, a Taser, an asp.

13        Q.    So same thing you are wearing today?

14        A.    I don't have the pepper spray or asp because I

15   work with middle school kids.

16        Q.    Is that considered, all of those weapons, I

17   mean, for lack of a better description, it is a full

18   belt, right?  You weren't going on a light belt?

19   Because the way I read it, your partner might have

20   downscaled his belt a little?

21        A.    Right.  Cesare liked to use the vest for a lot

22   of things; I don't care for everything being in the

23   vest.

24        Q.    When do you first pull your firearm out of the

25   holster?

1      A.    As I am coming out of the car.

2      Q.    You are a right-handed shooter?

3      A.    Yes.

4      Q.    How are you carrying your firearm as you exit,

5   low ready?

6      A.    It is simultaneously, I am coming out -- I

7   mean, I can't draw as I am in the car, so as I have got

8   one leg out of the van, I am turning to the left, I am

9   now drawing, and simultaneously bringing my weapon up

10  to a modified low-ready position; not down towards the

11  ground, not at him, but where I can immediately, you

12  know, engage if I have to.

13     Q.    Is the gun in front of your chest?

14     A.    Yes.

15     Q.    Are you holding it with two hands?

16     A.    Yes.

17     Q.    Are you focused solely on Mr. Vartanian?

18     A.    Yes.

19     Q.    And what in particular about Mr. Vartanian?

20     A.    His gun.

21     Q.    And are you walking towards him or moving

22  towards him?

23     A.    No, I am stationary at that point.

24     Q.    How many feet are you out of the van?

25     A.    Just a couple.  Just -- I am still right next

1    to the van.  I am just a little bit away from that V,

2    where the door would meet the door frame.

3        Q.    Your first command to him is?

4        A.    "Police, drop your weapon."

5        Q.    And his reaction is?

6        A.    There is none.  He is still aggressively going

7    towards him.  The gun is still where it was.

8        Q.    And the next reaction to his failure to

9    respond is, on your part?

10       A.    I screamed -- I believe I screamed louder, I

11   screamed it, "police, drop your weapon," and that is

12   when he started turning towards me.

13       Q.    And as he turned towards you, did you fire

14   your weapon?

15       A.    No.

16       Q.    When did you fire your weapon?

17       A.    His hand dropped, he started coming towards

18   me, and I didn't fire the weapon until he was square on

19   me with the gun coming in my direction.  His body was

20   as you are to me (indicating), square, chest to chest.

21       Q.    And the distance at this point is?

22       A.    Still the same, 25 to 30 feet -- or yards.

23       Q.    And how high up is the firearm that he is

24   holding?

25       A.    It is coming around in my direction now,

1    coming towards me.  He is coming his right arm around.

2    And if it continues in the path, it is going to be

3    aiming right at me.

4       Q.    Did you ever tell him you would shoot him if

5    he didn't drop the gun?

6       A.    No, I did not.

7       Q.    Would you estimate how many seconds this took

8    from the initiation of your first command until the

9    time that you fired?

10      A.    Just a couple of seconds.

11      Q.    Did Mr. Vartanian ever say anything

12   threatening to you?

13      A.    Not that I heard.

14      Q.    Can you leave room for the possibility that he

15   was awkwardly turning to look at somebody who was

16   screaming at him?

17      A.    I don't know what he was doing.  I know I was

18   afraid that he was about to shoot me.

19      Q.    Did you ever drop low and try to lower your

20   profile before you shot him?

21      A.    No, I didn't have time.  I know I didn't feel

22   comfortable, I am out in the middle of the street, a

23   guy with the gun, he is -- it is a bad situation.

24      Q.    Do you think it is reasonable that some of

25   your discomfort is because you knew that you did not

1   have your vest on?

2       A.    No, I don't believe I was thinking about that

3   at that time.  It went so quickly that training took

4   over.  I remember, you know, the gun looked this big

5   (indicating), you know, I could clearly see the gun.

6       Q.    For the record, you are gesturing probably

7   about a foot --

8       A.    As big as a basketball.  It was big.

9       Q.    And before you shot at him, you never got a

10  chance to understand why he was carrying the gun,

11  right?

12      A.    No.

13      Q.    Rolling back to this incident, do you have any

14  particular operating procedure that you rely on to

15  justify what you did?

16          MR. J. MAKHOLM:  Object to the form of the

17       question.

18  BY MR. MADDUX:

19      Q.    Not that you need one, I am just wondering if

20  you have one.

21      A.    I have never had to kill anyone before.  I

22  know that through training, you know, a weapon raises

23  our alert level.  When you see a gun, it is business.

24  When a gun is coming towards you, that is what is going

25  to kill you, is a gun.  The hands and the gun, that is

1    what I am focused on, and, you know, I believe that he

2    was, you know, going to kill those guys, and then all

3    of a sudden, his aggressions were turned towards me,

4    and now he is bringing a gun towards my direction, he's

5    not a normal -- let me rephrase that.  He is angry.  He

6    is not as you and I are now, we are calm.  This guy

7    was -- his actions were escalated, he was angry.  Yes,

8    I believe this man was coming towards me and that I

9    could be killed.  That was my justification was, I was

10   protecting myself at that point.

11       Q.   Did you believe that you were protecting

12   anyone else at that point?

13       A.   Right then, I was worried about me.  He is

14   coming right at me.  Just prior to that, I was

15   evaluating the situation, I have got a guy with a gun

16   running towards two guys, what can I do?  What is the

17   only thing that I can do right now?  I am not going to

18   run up and tackle the guy.  I can only evaluate it and

19   respond to it with what I have.  And we are trained,

20   giving verbal, lawful commands, identifying yourself as

21   a law enforcement officer, having your weapon prepared

22   in case it continues on, in this case it did.

23       Q.   Were you moving in the van the first time that

24   you saw him armed?

25       A.   No.

1    Q.    Did you consider backing up and getting in his

2    path of travel?

3    A.    No way.

4    Q.    Why?

5    A.    Because I am in a tactical disadvantage; I am

6    seated in my car, and I am just going to back a car

7    into a gunfight, or a guy with a gun --

8    Q.    Did you have any way of communicating with him

9    through any sort of speaker system in the vehicle?

10   A.    No, this van is just -- it is an Astro van;

11   they are not equipped like police vehicles.  It doesn't

12   even have police lights.

13   Q.    Let's take this scenario in its microscopic

14   parts.  I want you to separate his eyes from the gun

15   and what they do.  As you call him the first time and

16   announce your presence, "police," what do his eyes do?

17   A.    I don't know, I am not really paying attention

18   to his eyes.  I am focused on -- what we are trained

19   is, the hands will kill you.  His eyes aren't going to

20   hurt me.  I am focused on that gun.  And I am so

21   focused that it is this big (indicating).

22   Q.    Can you then offer any testimony about him

23   looking at you first and then bringing the gun around?

24   A.    I know he spun his body towards me, and I

25   remember his chest coming towards me.

1    Q.   It is reasonable for you to believe, based on

2    what you remember, that his eyes and the gun moved

3    together at the same time towards you?

4    A.   I don't know, I wasn't even -- I was so

5    focused on the overall situation.  I wasn't looking at

6    his eyes.  I believe, you know, that he was coming

7    towards me, I know that.

8    Q.   What does your training tell you would have

9    been appropriate had he not dropped the weapon, but

10   continued in his course of travel?

11   A.   At that point, I would have had to engage in a

12   chase, set up perimeters, and hopefully try to defend

13   these guys as much as I can.  Cesare was on that side

14   of the vehicle, he would have been able to assess the

15   danger there.

16   Q.   So if he hadn't turned towards you to look at

17   you with the gun in his hand and had continued, you

18   would not have shot him?

19      MR. M. MAKHOLM:  Objection to the form of the

20      question, speculation.

21      THE DEPONENT:  At that point, I didn't know

22      exactly where the other two guys were, so I don't

23      believe that I would have shot, if he wouldn't have

24      turned towards me.  If those two gentlemen would

25      have been in my sight and he is closing in on them

1      and the gun would have come up towards them, then I

2      believe I would have done, you know, what I am

3      trained and prepared to do, and shot to protect

4      their lives.  But on this specific time and case, I

5      was protecting my life, at that time that I pulled

6      that trigger.

7  BY MR. MADDUX:

8      Q.   What did that gun the size of a baseball [sic]

9  look like, other than big?

10     A.   I was a semiautomatic and I knew it was

11  two-toned.  I could tell it was silver and black.  I

12  knew it was a large caliber.

13     Q.   At any point were you ever looking at the

14  barrel of that gun?  Could you see the barrel pointed

15  directly at your body?

16     A.   I don't recall the barrel; I recall it coming

17  towards me in a motion (indicating).  And I remember

18  that I was so focused on that weapon, that after I

19  fired my shot, things went unusually slow.  Things

20  happened.  It was very strange.  And I watched his body

21  go in slow motion.  I watched the gun come out of his

22  hand and it was coming directly towards me, I saw it

23  hit the ground, and he continued to spin around past me

24  where he came over and fell.  And I watched the gun, so

25  the gun was coming, I mean, in my direction when he

1    released it.

2        Q.    Do you know if his right foot or left foot was

3    forward as he spun or turned?

4        A.    I'm sorry, I don't know.

5        Q.    And what is the height in relation to his

6    body, of the gun as he is turning towards you?   I am

7    looking for another relative piece:   It seemed to be

8    the height of his waistband or --

9        A.    It was up.   It would have been aimed at me, so

10   it was level, leveled out, but coming in my direction.

11       Q.    Was it higher than the height he would have

12   been carrying as he was running?

13       A.    Yes.   There was -- I played this over a

14   million times in my head.   There was no indication he

15   was surrendering.   I have chased young guys with guns,

16   where they throw their hands up and let the gun fall.

17   It was nothing like that, this was an aggressive act

18   coming towards me.

19       Q.    Was there an indication that he was still

20   processing who you were?

21       A.    There was no indication, no.

22       Q.    And in those prior incidents that you talk

23   about where people drop the weapon, would you -- are

24   those cases where they knew that you were the police?

25            MR. J. MAKHOLM:   Object to the form.

1    BY MR. MADDUX:

2        Q.    In other words, were you pursuing them because

3    they committed a crime and you were wearing a uniform

4    like today?

5        A.    It has been both, plain clothes chasing

6    people.  You know, I know what you are talking about,

7    processing the police, because working plain clothes we

8    can walk up on two guys in a parking lot smoking a

9    joint, and you can walk straight up and go, "Tampa

10   Police," and they are holding the joint

11   going (indicating) -- you can physically see that they

12   are having to process.  I didn't see that with him.  It

13   was coming towards me.  Does he know I am the police or

14   not?  I don't know.  I wish I knew what that man heard

15   that night.  I wish I knew what he thought before he

16   turned towards me.

17       Q.    Okay.  You earlier described his presence

18   being very large.  He is kind of standing on the hill,

19   he is a big man.

20       A.    Yes.

21       Q.    Is there any reason that you can ascribe to

22   him that he should have known that you were the police

23   before you got out of the van?

24       A.    No.  There was no markings on the vehicle, he

25   didn't know that was a police vehicle, no.

1    Q.   If he had surveyed the area down the hill and

2    on the street that you were on, he would have no reason

3    to believe that the police were down there, based on

4    your own observations at the scene, correct?

5    A.   That is correct.

6    Q.   So when suddenly, as he is pursuing someone

7    else, he hears the words "police," can you leave room

8    for the possibility that he was trying to figure out

9    how that could be, in turning towards you to look at

10   you?

11        MR. J. MAKHOLM:   Objection.

12        MR. MADDUX:   That is fine.

13        THE DEPONENT:   I don't know what he was

14     thinking.  I know it didn't appear that he was

15     surrendering.  I don't know if he knew I was the

16     police.  I don't know if he was turning towards me

17     with the weapon coming in my direction to say, help

18     me or to shoot me.  I didn't have time to ever

19     determine that.  I was afraid and it was coming at

20     me.

21   BY MR. MADDUX:

22   Q.   And you were afraid, correct?

23   A.   Oh, I was.

24   Q.   And if one more second had ticked off the

25   clock of time there, do you think that second could

1   have cost you your life?

2       A.    Absolutely.  If I would have waited for him to

3   react to pull that trigger or -- by the time he pulls

4   that trigger, I am done.

5       Q.    What if the next second is, he drops his

6   weapon, because he finally processes it and sees this

7   guy is wearing a vest, because he is not in a full

8   uniform, and this guy is addressing me because I am

9   carrying a gun, even though in my own mind I am doing

10  it because I am protecting my family, and he drops the

11  gun, one second?

12          MR. J. MAKHOLM:  Object to the form.

13          THE DEPONENT:  You know, there was no

14      indication that he was giving up.  You know, it

15      was -- we pull up to houses on scenes where people

16      are arguing and fighting, hey, he did this, police.

17      They immediately recognize us and start summoning

18      us for our help.  There was nothing.  It was pure

19      aggression.  It was still a very aggressive,

20      controlled -- it wasn't like, whoa, I am slowing

21      down, it is the cops, I had better give up.  It is

22      hard for me to describe to you, but there was a

23      difference.

24  BY MR. MADDUX:

25      Q.    Does he have to give up or can he stop?

1    A.    That is all I wanted to do, stop, drop his

2    weapon, and tell me what is going on, and let me deal

3    with them.  If you are a victim of a crime, let me deal

4    with the suspects.  And there was -- there were so

5    many -- we have talked about, what could I have done to

6    make this night not happen --

7    Q.    There was a lot he could have done, right?

8    A.    There were two police officers in the front of

9    that business.  Let the off-duty officers throw the

10   guys out the front door like they are supposed to, and

11   it would all not have happened.

12   Q.    Do you think there is anything else that you

13   could have done to deescalate the situation?

14   A.    You know, if that was a marked patrol vehicle

15   when I turned down that street, it probably wouldn't

16   have happened, everybody would have probably saw us and

17   ran, like they do.

18         The undercover vehicle is used for a tactical

19   advantage.  It provided an undercover presence, is what

20   it was supposed to do, so I don't believe there was

21   anything that I could do.  I could've maybe opened the

22   door and said, hey, police, you guys all get out of

23   here, but I didn't have time once he got there.  It was

24   a different setting than the other guys.

25   Q.    How long were you sitting there before your

1    attention was drawn to Vartanian's presence?

2        A.    Less than a minute.  15 -- probably 15 to 20

3    seconds.  Was just -- these guys are arguing, arguing,

4    these guys are going this way, hey, keep an eye on

5    them, I will keep an eye on these guys.  I thought this

6    was going to end and these guys were going to go their

7    separate ways, we would have been down the street.  A

8    lot of times we will get out of the vehicle and it gets

9    even worse; now it is an argument with a police.

10        I was really trying to make a mature,

11   experienced decision was to just sit in the vehicle,

12   see what happens, hear what is happening, see who the

13   primary aggressors are, then we know if this turns into

14   something, we have a little bit more evidence than just

15   two testimonies that are both lying, probably.

16        And then I had no option, but to -- this

17   gentleman came out of nowhere, and it came from a

18   different setting, and I didn't have time to reevaluate

19   and go, what should I do?  There is a guy running

20   towards me saying, I am going to kill him.  It is right

21   now.  I did the only thing I could do, you have got to

22   think about protecting yourself, taking a tactical

23   position, not being trapped in a car in a shootout,

24   getting out of the vehicle so I can make better

25   decisions, see what is going on, get out of the vehicle

1    so he can see who I am and hear me better.  It all

2    happened in three to five seconds.

3         Q.    But you do leave room for the possibility that

4    if you had gotten out before Vartanian had come on the

5    scene, the whole thing could've deescalated?

6         A.    I really don't know how --

7              MR. J. MAKHOLM:  Object to the form.

8    BY MR. MADDUX:

9         Q.    I guess, but paraphrasing what you said

10   before, there are times when, you know, just because

11   they know the police are there, you know, people chill

12   out, because they don't want to go to jail?

13        A.    That is right.  Sometimes it goes completely

14   the other way.  I can only go by what I had to deal

15   with, with those same exact guys that we are talking

16   about, after they found out I was a cop, they made

17   threats to kill me.

18        Q.    Let's talk about that.

19        A.    They have since sent messages that they are

20   going to kill me.

21        Q.    Let's talk about that.  Because I focus a lot

22   on that pivotal moment, but now that you fired one

23   shot.  I would like to ask you about your training.

24   And I don't want to sound naive, but I want to hear it

25   from you.

1           Is there any type of training or a way where

2      you can choose to fire your weapon but not deliver a

3      lethal, but just rather a debilitating shot?

4      A.    No.  We are trained to shoot center mass, and

5      I wasn't shooting to kill him that night, I was firing

6      my round to stop his aggression.  And the reason I

7      didn't fire and continue to fire, is because I saw that

8      gun come out of his hand, and I knew it can't hurt me

9      now, the gun can't hurt me, it is on the ground.  So I

10     fired the one round, center mass, which is this area

11     here (indicating), the largest target, to prevent me

12     from missing.  If I go for an elbow, and there is

13     potentially people behind him, if I miss that elbow, I

14     may hit someone.

15          So I shot for the largest target, center mass

16     is what we call it, and I fired one round.  Because

17     once I saw the weapon come out of his hand, the threat

18     was gone.

19     Q.    Before you pulled the trigger, do you have a

20     conscious memory of assessing the collateral damage

21     that a missed round had caused?

22     A.    I knew that there was brick wall back there.

23     There is cars and brick walls.  I couldn't tell if

24     there were people.  It is a parking lot.  It is a long

25     ways away, but I knew it was the best situation I had.

1    I wasn't aiming at the guys over here on the railroad

2    tracks (indicating).   The only human that I could see

3    was Mr. Vartanian.

4        Q.    And after the slow motion where you realized

5    he had taken a hit, dropped his weapon, and fallen

6    down, what do you do?   What are you doing?

7        A.    I immediately run up -- we are trained to

8    secure the scene.   I run up to him to make sure that,

9    you know, he is not trying to reach for that weapon.   I

10   am now standing between him and that weapon.   And I am

11   immediately calling for rescue on the radio, at that

12   point.   And all of a sudden, I am trying to do what I

13   am supposed to do, and I am supposed to handcuff him.

14   I couldn't even handcuff him because these guys are

15   rushing me and screaming and yelling.

16            And then there was confusion in my head.

17   Because there was a point there where I thought I had

18   shot a police officer, because I am listening to these

19   guys, saying, you shot the wrong guy, you motherfucker.

20   We are going to kill you.   You shot our boy.   And I am

21   going -- and then I see an earpiece in his ear.   And I

22   couldn't see that until he is on the ground, and I am

23   trying to help him now.   He has got an earpiece and he

24   is dressed up nice like a detective.   He has got a gun.

25   And I thought, oh, my God, have I shot an off-duty

1    police officer that was maybe getting robbed.

2         So these guys were attacking me verbally, they

3    are advancing towards me, they are threatening me, I am

4    thinking I may have just shot a police officer.  I am

5    trying to save whoever it is.  I am trying to help him,

6    calling rescue, there was a million things going on.

7    Just -- chaotic scene.

8         Q.   What kind of threats were made and by whom?

9         A.   All of those guys that were up on that hill.

10   And, I mean, they were some big boys, much bigger than

11   me.  They were cussing at me, threatening me:  We are

12   going to get you.  I can't remember the exact words,

13   but it was threats on my life.  And someone said, we

14   will kill you.  You just -- you just shot our boy --

15   and, you know, they were coming in defense.  And I

16   can't sit here today and tell you exactly what they

17   said, I would be giving you inaccurate, imperfect

18   information.

19        Q.   Well, did anyone ever say or accuse you of

20   shooting him without warning him that night that you

21   recall?

22        A.   Not -- later, after he was being taken care of

23   by paramedics, he started telling -- I started

24   telling -- I heard them telling someone that I executed

25   him; that he didn't even have a gun.  Then they started

1    telling him that I planted the gun on him.  And I am

2    hearing this story that is completely false being made

3    up.  It was being directed towards me, yes.

4        Q.    I appreciate what you just said.  And I would

5    like to focus on a particular type of statement that

6    may not have been made.  Those statements, based on

7    your rendition, seem ridiculous.  I am looking for

8    statements more along the lines, if you recall anyone

9    saying, you didn't give him a fair chance, you shot him

10   too soon.  Why did you have to pull the trigger?  He

11   wasn't threatening you.  Those type of things.  Did you

12   hear anyone saying that?

13       A.    No one out there ever spoke to me in a

14   reasonable manner.  It was aggressive.  It was angry.

15   It was threatening.  And then fabricating.  So, no.

16   And then I never had any contact with those individuals

17   again, because I was separated.

18       Q.    At what point did you become disengaged from

19   the scene?

20       A.    When they started making those statements,

21   somebody grabbed me around the arm because -- I am

22   trying to talk to them, trying to explain.  They are

23   like, you don't need to hear this or be dealing with

24   this, let's go.

25       Q.    What were you explaining to them?  What did

1    you say?

2        A.    You know, that I didn't execute or, you know,

3    kill their friend for no reason.  I didn't plant a gun.

4    And I didn't have an opportunity to say very much

5    because they pulled me away pretty quickly.

6        Q.    Do you know who pulled you away?

7        A.    I think it may have been Sergeant Haggard.  I

8    am not 100 percent accurate.  There were a lot of

9    people out there.  But these guys had left the scene

10   and came back.  And I was yelling for the officers not

11   to let them go, that they were involved.  And they were

12   able to leave the scene and then come back.

13       Q.    Okay.  You saw them literally leave?

14       A.    Yes.

15       Q.    Back towards --

16       A.    In the club -- or I can only say they went

17   towards the alleyway which leads towards the back door

18   of the club.

19       Q.    Did they ever use any names to describe

20   Vartanian, nicknames or --

21       A.    No, not that I heard, no.

22       Q.    Do you ever recall anyone saying that you

23   killed Jacksonville?

24       A.    No.

25       Q.    Can you describe what any of these people look

1    like, other than you have, males, females?

2        A.    White, Latin, muscular, one of them was bald.

3        Q.    Do you recall an African-American female being

4    out there?

5        A.    Yes.  Not during -- as it was coming, she was

6    the one that they were talking to, telling her that I

7    had just planted a gun on him and had just executed

8    him.

9        Q.    So the people that you described as white,

10   Latins, muscular, maybe one bald, are telling her that

11   a firearm had been planted on Roobik?

12       A.    Right.

13       Q.    What was her reaction to that?

14       A.    She started going off and then got on the

15   phone and started calling someone and was telling them,

16   the police just killed somebody down here for nothing,

17   in those words.  I don't remember her exact words.  She

18   came from the east to the scene on the railroad tracks,

19   walking.  And from memory, I want to say that she had

20   blue jeans on and a red shirt.

21       Q.    Did you ever render first-aid?

22       A.    I started to, I went down and checked for a

23   pulse.  I got a pulse, and that's when these guys just

24   started charging me.  And --

25       Q.    Not really a chance, huh?

1        A.    No.  I never gave CPR.

2        Q.    What is your consciousness about your partner,

3    where is he?  What is he doing?

4        A.    The last time I saw Cesare is when I yelled

5    for him to go get the other guys.  You go get the other

6    guys.  Because originally, after the shooting occurred,

7    they were screaming and yelling, and I remember them

8    saying, you shot the wrong guy, they have got a gun.

9    So I sent Cesare to take care of that and just to cover

10   our back, because now we have got two guys to our rear

11   that potentially could have a weapon.

12       Q.    Did he check in with you and make sure you

13   were okay?

14       A.    I never saw him again --

15       Q.    I am talking right in that first point of

16   contact:  Are you okay, that type of thing?

17       A.    No, I don't think he asked me if I was okay.

18   You know, it was high-speed stress going on.  I don't

19   remember what he said to me.  I remember seeing him

20   come around to check on me; I don't know what he saw.

21   I am sure he heard the shot.  I don't know if he saw

22   the shot.  But I do remember him coming around the

23   vehicle, and I remember telling him, you go get the

24   other guys.

25       Q.    Haggard told you to leave the scene; where did

1    you go?

2        A.    He put me in his car, and then about that time

3    a critical debriefing expert -- somebody came to talk

4    to me, if I needed to talk, was there.

5        Q.    Who was that?

6        A.    I have no clue.

7        Q.    Did you talk to them?

8        A.    Not really.  They just -- you know, that is a

9    normal routine, they send somebody out, if I need to

10   start talking or anything.  You know, I remember -- of

11   course all of my supervisors are showing up.

12       Q.    Is that person that you are talking to another

13   officer or a mental health professional?

14       A.    It is a police officer that has been trained

15   to help officers deal with traumatic incidents.

16       Q.    You don't know who that person is?

17       A.    You know, I didn't speak to them.  I remember

18   telling them, I don't want to talk to you right now.

19   And I remember in my head thinking, this is probably --

20   what are they doing here already?  This should be

21   tomorrow.  I didn't know why that person was already

22   there trying to talk to me.

23       Q.    How long after the shooting did you do your

24   debriefing at 411?

25       A.    Debriefing, or give an interview?

1    Q.    Well, tell me if you did both.

2    A.    I never did a debriefing with that critical

3    stress incident person.  I declined that.  It was a

4    chaotic scene out there.  It was a long scene.  I

5    remember, I was just hungry.  So the PBA representative

6    had gotten there, Mike Stout, and I said, man, can you

7    get me something to eat?  He said, let's get you out of

8    here and get you something to eat.  So I went from the

9    scene to -- is it the Village Inn on Dale Mabry?  I had

10   something to eat.  He told me, let's get you out of

11   here; the homicide guys will be here forever.  There is

12   no use of you b eing here seeing all of this.  We will

13   get you something to eat.  When they are ready to

14   interview you, we will meet them at the station.  So we

15   ate --

16   Q.    Just you and Stout?

17   A.    There may have been another representative

18   there, I don't recall.  I know we didn't talk about the

19   case.  They just said, just relax, enjoy your

20   breakfast.  You know, we just chatted.  Then we went

21   back to the police station; I believe they took me up

22   to the 8th floor, up in the homicide room there is a

23   conference room.  And I remember walking by and seeing

24   the same guys that were on the scene at the railroad

25   tracks, and I remember one of them making threats

```
 1    towards me and saying, you will get what you have got

 2    coming, I will find you, I will get even with you.

 3        Q.    Have you learned who that person is?

 4        A.    I believe it was his cousin.

 5        Q.    Do you know his name?

 6        A.    I believe it is Robby.

 7        Q.    So you experience a direct threat from Robby

 8    at --

 9        A.    I believe that is who it was; it was the

10    larger guy with the dark hair.  So I was told just

11    keep -- just don't even say a word, keep coming.  I

12    didn't even speak.  I just went right into the room.

13    That is when I went in, they photographed me, and then

14    there was numerous people in the room from the State

15    attorney's office, to the PBA, to internal affairs,

16    from homicide detectives.  It was a full table of

17    interviewers.

18        Q.    Pretty much open mic to anyone who wanted to

19    ask a question, did?

20        A.    Yes.

21        Q.    Have you read that statement?

22        A.    Yes.

23        Q.    Do you have anything that you want to change

24    about that statement?

25        A.    No.
```

1    Q.    What was your sense of who you were in that

2    room, a suspect, or the victim, participant?

3    A.    The way I felt was, you know, that they have

4    got a job to do and they need to, first of all, find

5    out what happened, and second of all, they need to make

6    sure that I followed the proper protocol and, you know,

7    they need to make sure that the police department was

8    clear, we didn't do anything wrong.

9    Q.    Uh-huh.

10   A.    So I believe they asked questions that were

11   investigative, not accusing me, but trying to figure

12   out the facts, and whether my testimony was going to

13   add up to the physical evidence and to the witness

14   evidence and what my partner says.

15   Q.    Do you think you had a chance to call for

16   backup that night in the alley [sic] -- I mean, the

17   street?

18   A.    No, there was no chance to call for any

19   backup.  It went quick.  At that point, when we are

20   undercover, we don't wear these (indicating).  You have

21   to reach down and actually pull your radio out, and

22   actually do this (indicating).

23   Q.    So pull it off of your hip?

24   A.    Yes.  There is no epaulets on our uniforms.

25   Q.    Do you remember the two black men that passed

1    your path, saying anything back?

2        A.    Oh, yeah, they were giving mouth back.  I

3    don't remember their exact words, but I remember having

4    the feeling that, you know, they are just trying to

5    save a little face and talk garbage, but they are

6    getting out of the area very quickly because they are

7    out-numbered.  And when I compared the groups

8    physically, it was quite obvious that these two guys

9    would have took a beat down.  They were getting out of

10   the area, but just jaw jacking.

11           MR. MADDUX:  I am just going to take a second

12       and talk with Anthony.  We will wrap it up.

13           (A recess was taken.)

14           MR. MADDUX:  Let's go on the record.

15   BY MR. MADDUX:

16       Q.    And tell me what other trainings are missing

17   here (indicating)?

18       A.    I can't tell you; I have had over 3,000 hours

19   of training.  I have provided you a really accurate

20   detailed derogatories [sic] that you asked for.

21       Q.    I will take a look at that and if there is

22   anything else, I will send you another interrogatory

23   about it.

24       A.    So you want me to mark anything that may have

25   to do with any tactical firearms operations?

1      Q.   Correct.

2      A.   Okay.

3           MR. MADDUX:  Other than that, I don't know if

4      anyone has any other questions, but we are done.

5           MS. RICHARDSON:  I don't have any questions.

6           MR. J. MAKHOLM:  I don't have anything.

7           He will read.

8

9           (Thereupon, the taking of this deposition was

10     concluded at 1:30 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **CERTIFICATE OF OATH**

2   STATE OF FLORIDA

3   COUNTY OF HILLSBOROUGH

4

5    I, KIMBERLY STRASSER, Court Reporter, the undersigned

6   authority, certify that **RICHARD HARRELL** personally

7   appeared before me and was duly sworn.

8

9   WITNESS my hand and official seal this

10   26th day of June, 2011.

11

12

13

14       _____

15               Kimberly Strasser, Court Reporter
               Notary Public, State of Florida

16                  Commission No.:  EE055426
            My Commission Expires:  02/25/2015

17

18

19

20

21

22

23

24

25

1                    **CERTIFICATE OF REPORTER**
     STATE OF FLORIDA
2    COUNTY OF HILLSBOROUGH

3        I, Kimberly Strasser, Court Reporter, do hereby
     certify that I was authorized to and did stenographically
4    report the deposition of **RICHARD HARRELL;** that a
     review of the transcript was requested; and that the
5    foregoing transcript is a true and correct record of
     my stenographic notes.
6
     I FURTHER CERTIFY that I am not a relative, employee,
7    or attorney, or counsel of the parties, nor am I a
     relative or employee of any of the parties' attorney
8    or counsel connected with the action, nor am I
     financially interested in the action.
9
     DATED this 26th day of June, 2011, at Hillsborough
10   County, Florida.

11

12                 _____
                   Kimberly Strasser, Court Reporter
13

14          DO NOT NOTARIZE ANY CERTIFICATE OF REPORTER

15

16

17

18

19

20

21

22

23

24

25

ERRATA SHEET

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES

IN RE: (Vartanian v. Officer Richard Harrell, et al.,
Case# 8:10-cv-01367-SDM-EAJ, Deposition of Richard
Harrell, 01/7/11)

Page        Line        Error or Amendment        Reason

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Under penalties of perjury, I declare that I have read
the foregoing document and that the facts stated in it
are true.


_____
DATE                        RICHARD HARRELL

ECHO REPORTING, INC.
Post Office Box 527
St. Petersburg, Florida 33731

June 27, 2011


URSULA D. RICHARDSON, ESQ.
City Attorney's Office
315 East Kennedy Boulevard, 5th Floor
Tampa, Florida 33602


RE:  Vartanian v. Harrell, et al.

DEPOSITION OF: Richard Harrell
TAKEN: 1/7/11
DATE SENT TO ATTORNEY:_____

 Ms. Richardson,

        The referenced transcript has been completed
and awaits reading and signing.

        Please have Mr. Richardson read your copy of
the  deposition and sign the errata sheet.


        Thank you.


        _____
        Kim Strasser, Court Reporter

# $

**$8,000** [1] - 4:23

# 0

**01/7/11** [1] - 81:4
**02/25/2015** [1] - 79:16

# 1

**1** [8] - 3:5, 13:17, 14:14, 40:18, 45:10, 45:11, 48:21, 48:22
**1/7/11** [1] - 82:9
**10** [1] - 35:2
**100** [1] - 70:8
**11:00** [2] - 15:14, 18:11
**11:30** [1] - 15:14
**11:33** [1] - 1:15
**12:00** [1] - 18:11
**13-year-old** [1] - 14:5
**14** [1] - 31:14
**15** [4] - 27:1, 31:14, 64:2
**16** [2] - 27:1, 31:14
**16:00** [1] - 18:8
**16th** [2] - 17:2, 18:4
**17** [1] - 31:14
**18** [5] - 11:17, 21:20, 27:2, 27:3, 31:14
**18-year** [1] - 19:16
**1990** [1] - 12:7
**1994** [1] - 9:10
**1:00** [1] - 15:15
**1:30** [1] - 78:10
**1st** [2] - 2:16, 11:17

# 2

**2** [3] - 3:6, 42:5, 48:22
**20** [3] - 11:18, 27:4, 64:2
**20-plus** [1] - 27:5
**2000** [1] - 23:21
**2002** [1] - 4:15
**2004** [1] - 6:25
**2008** [1] - 25:7
**2011** [4] - 1:14, 79:10, 80:9, 82:3
**205** [1] - 2:13
**21** [1] - 3:2
**2102** [1] - 2:3
**22nd** [1] - 32:2
**240** [1] - 1:17
**24th** [2] - 4:15, 7:8
**25** [2] - 47:2, 52:22

**26th** [2] - 79:10, 80:9
**27** [1] - 82:3
**2:00** [1] - 15:16

# 3

**3** [4] - 2:20, 3:2, 39:24, 40:1
**3,000** [1] - 77:18
**30** [2] - 47:2, 52:22
**315** [2] - 2:9, 82:5
**33602** [3] - 2:10, 2:16, 82:6
**33606** [2] - 1:17, 2:3
**33607** [1] - 2:6
**33701** [1] - 2:14
**33731** [2] - 1:23, 82:1
**3705** [1] - 2:5
**3:00** [1] - 15:16

# 4

**4** [5] - 3:2, 21:6, 21:13, 23:13
**40** [1] - 3:2
**411** [2] - 73:24
**442** [1] - 1:16

# 5

**527** [2] - 1:22, 82:1
**5th** [2] - 2:9, 82:5

# 6

**696** [1] - 2:13
**6th** [2] - 15:2, 25:7

# 7

**7** [1] - 1:14
**79** [1] - 2:21
**7th** [3] - 13:19, 14:12, 14:13

# 8

**8** [1] - 24:24
**80** [1] - 2:21
**806** [1] - 2:16
**81** [1] - 2:22
**82** [1] - 2:22
**8:10-cv-01367-sdm-eaj** [2] - 1:3, 81:3
**8th** [1] - 74:22

# 9

**9** [1] - 24:24

# A

**Aa** [1] - 13:8
**able** [7] - 8:24, 22:20, 26:10, 26:11, 48:19, 57:14, 70:12
**Absolutely** [2] - 24:14, 62:2
**accelerated** [3] - 30:1, 30:4, 30:6
**accurate** [3] - 13:10, 25:5, 42:1, 70:8, 77:19
**accuse** [1] - 68:19
**accusing** [1] - 76:11
**act** [1] - 59:17
**acting** [1] - 9:11
**action** [2] - 80:8, 80:8
**actions** [1] - 55:7
**activities** [2] - 19:11, 30:16
**Adamo** [2] - 18:3, 25:8
**add** [1] - 76:13
**address** [1] - 12:18
**addressing** [2] - 48:18, 62:8
**adduced** [1] - 4:3
**admin** [1] - 32:13
**administrative** [1] - 31:4
**admit** [1] - 46:8
**advancing** [1] - 68:3
**advantage** [1] - 63:19
**aerial** [1] - 42:6
**Aerial** [1] - 3:6
**affairs** [2] - 32:11, 75:15
**afforded** [1] - 33:21
**afraid** [3] - 53:18, 61:19, 61:22
**African** [2] - 36:12, 71:3
**African-american** [2] - 36:12, 71:3
**agencies** [2] - 29:23, 30:7
**agency** [8] - 4:19, 4:24, 8:17, 8:21, 9:18, 24:6, 28:14, 29:24
**aggression** [2] - 62:19, 66:6
**aggressions** [2] - 21:24, 55:3
**aggressive** [5] - 35:11, 50:2, 59:17, 62:19, 69:14
**aggressively** [1] -

**52:6
aggressor** [1] - 36:18
**aggressors** [1] - 64:13
**ago** [1] - 5:16
**agree** [2] - 37:9, 49:4
**ahead** [1] - 21:5
**aid** [1] - 71:21
**aimed** [1] - 59:9
**aiming** [2] - 53:3, 67:1
**al** [2] - 81:3, 82:7
**alcohol** [1] - 14:17
**alert** [1] - 54:23
**alley** [3] - 36:25, 37:2, 76:16
**alleyway** [2] - 7:16, 70:17
**allowing** [1] - 17:14
**almost** [2] - 22:6, 50:2
**altercation** [1] - 18:2
**Amendment** [1] - 81:5
**american** [2] - 36:12, 71:3
**angle** [1] - 44:10
**angry** [5] - 33:23, 47:24, 55:5, 55:7, 69:14
**announce** [1] - 56:16
**answer** [2] - 15:18, 34:4
**answering** [1] - 14:20
**answers** [1] - 16:12
**Anthony** [2] - 2:4, 77:12
**Anti** [1] - 14:20
**Anti-crimes** [1] - 14:20
**appear** [1] - 61:14
**Appearance** [3] - 2:1, 2:7, 2:11
**appeared** [2] - 37:12, 79:7
**apple** [1] - 25:19
**appreciate** [1] - 69:4
**approach** [1] - 39:22
**approaching** [2] - 7:10, 43:16
**appropriate** [1] - 57:9
**area** [18] - 7:8, 13:18, 14:11, 18:15, 18:16, 18:17, 18:18, 24:13, 35:9, 41:25, 42:1, 42:6, 42:7, 49:11, 61:1, 66:10, 77:6,

**77:10
areas** [1] - 15:17
**arguing** [3] - 62:16, 64:3
**argument** [4] - 36:17, 47:6, 47:22, 64:9
**arm** [4] - 44:16, 44:21, 53:1, 69:21
**armed** [2] - 35:10, 55:24
**arms** [1] - 44:11, 44:13
**arrest** [3] - 22:14, 36:20, 36:24
**arrests** [1] - 15:2
**arrived** [1] - 43:10
**arrives** [1] - 43:12
**ascribe** [1] - 60:21
**asp** [2] - 50:12, 50:14
**assess** [1] - 57:14
**assessing** [1] - 66:20
**assistance** [1] - 6:15
**assisting** [1] - 44:16
**assume** [3] - 9:17, 9:25, 45:20
**assuming** [1] - 8:6
**asterisk** [1] - 21:9
**Astro** [1] - 56:10
**ate** [1] - 74:15
**Attachments** [1] - 3:4
**attacked** [2] - 22:15
**attacking** [1] - 68:2
**attempted** [2] - 7:9, 7:12
**attempting** [1] - 22:25
**attend** [1] - 12:2
**attention** [4] - 45:2, 48:19, 56:17, 64:1
**Attorney** [2] - 2:22, 82:9
**attorney** [4] - 6:5, 32:11, 80:7, 80:7
**attorney's** [1] - 75:15
**Attorney's** [2] - 2:9, 82:5
**audible** [2] - 46:18, 46:20
**authority** [1] - 79:6
**authorized** [1] - 80:3
**auto** [4] - 13:10, 13:16, 14:18
**Avenue** [6] - 2:5, 2:13, 7:8, 13:19, 14:13, 15:2
**average** [1] - 29:20
**avoid** [1] - 19:5
**avoided** [1] - 19:8

**awaits** [1] - 82:12
**awkwardly** [1] - 53:15

## B

**background** [2] - 10:16, 17:10
**backing** [1] - 56:1
**backup** [2] - 76:16, 76:19
**bad** [2] - 45:23, 53:23
**badge** [3] - 26:3, 26:4, 46:18
**badly** [1] - 29:15
**bald** [2] - 71:2, 71:10
**ballistic** [1] - 26:24
**Baptist** [1] - 12:3
**barrel** [3] - 58:14, 58:16
**baseball** [1] - 58:8
**based** [3] - 57:1, 61:3, 69:6
**basis** [1] - 28:22
**basketball** [1] - 54:8
**beach** [1] - 24:18
**Beach** [1] - 12:24
**beat** [2] - 22:14, 77:9
**became** [1] - 31:20
**become** [1] - 69:18
**beef** [1] - 47:7
**began** [1] - 48:5
**Behalf** [1] - 1:13
**behind** [3] - 45:21, 49:13, 66:13
**belaboring** [1] - 11:20
**beliefs** [2] - 11:4, 11:19
**belt** [6] - 50:6, 50:9, 50:10, 50:18, 50:20
**beneficial** [1] - 22:1
**Bennett's** [1] - 33:25
**best** [2] - 34:11, 66:25
**better** [7] - 10:23, 24:19, 36:18, 50:17, 62:21, 64:24, 65:1
**between** [4] - 38:22, 45:7, 45:14, 67:10
**big** [7] - 54:4, 54:8, 56:21, 58:9, 60:19, 68:10
**bigger** [1] - 68:10
**binoculars** [1] - 17:18
**bit** [9] - 7:5, 8:19, 11:9, 12:20, 13:24, 15:5, 25:7, 52:1,

64:14
**black** [9] - 25:22, 25:24, 35:22, 37:25, 42:15, 47:21, 49:16, 58:11, 76:25
**blessed** [1] - 29:22
**blocks** [1] - 7:15
**blue** [5] - 25:23, 40:4, 41:10, 42:3, 71:20
**Blvd** [1] - 1:16
**body** [11] - 35:11, 46:4, 48:7, 48:10, 49:19, 49:20, 52:19, 56:24, 58:15, 58:20, 59:6
**born** [3] - 12:23, 12:24, 12:25
**bothered** [1] - 33:3
**Boulevard** [2] - 2:9, 82:5
**Box** [2] - 1:22, 82:1
**boy** [2] - 67:20, 68:14
**boys** [1] - 68:10
**break** [4] - 13:24, 17:12, 33:24, 39:6
**breakfast** [1] - 74:20
**brick** [2] - 66:22, 66:23
**bringing** [1] - 51:9, 55:4, 56:23
**broken** [1] - 14:2
**brought** [1] - 25:18
**building** [1] - 41:2
**Bull** [1] - 25:13
**bulletproof** [1] - 26:17
**Bulls** [1] - 18:5
**burglaries** [1] - 13:21
**burglary** [3] - 13:10, 13:16, 14:18
**busier** [1] - 15:19
**busiest** [1] - 15:10
**business** [3] - 54:23, 63:9
**butt** [1] - 39:1

## C

**caliber** [1] - 58:12
**call-out** [1] - 28:22
**calm** [3] - 46:22, 55:6
**calming** [1] - 37:8
**cannot** [1] - 37:24
**Capture** [1] - 44:2
**capture** [1] - 7:22
**car** [20] - 7:13, 7:20, 11:1, 11:5, 11:8,

26:14, 29:7, 29:9, 29:10, 29:12, 36:5, 36:10, 45:7, 47:23, 51:1, 51:7, 56:6, 64:23, 73:2
**card** [1] - 20:11
**cards** [1] - 20:10
**care** [4] - 29:8, 50:22, 68:22, 72:9
**career** [6] - 19:10, 19:16, 21:16, 22:5, 27:1, 27:8
**carry** [1] - 50:11
**carrying** [7] - 19:12, 49:17, 50:11, 51:4, 54:10, 59:12, 62:9
**cars** [2] - 17:12, 66:23
**case** [12] - 5:2, 5:22, 6:6, 7:24, 16:10, 23:19, 24:21, 26:23, 55:22, 58:4, 74:19
**Case** [2] - 1:3, 81:3
**cases** [1] - 59:24
**catch** [2] - 14:21, 29:13
**caused** [2] - 46:14, 66:21
**center** [4] - 42:3, 66:4, 66:10, 66:15
**certain** [1] - 29:2
**Certificate** [5] - 2:21, 2:21, 79:1, 80:1, 80:13
**certified** [2] - 9:10, 28:3
**certify** [2] - 79:6, 80:3
**Certify** [1] - 80:6
**Cesare** [13] - 5:5, 10:24, 11:2, 13:22, 15:23, 36:1, 36:6, 36:23, 45:4, 50:21, 57:13, 72:4, 72:9
**Cesare's** [2] - 37:16, 38:18
**chain** [1] - 26:5
**championships** [1] - 31:19
**chance** [6] - 34:18, 54:10, 69:9, 71:25, 76:15, 76:18
**change** [6] - 15:18, 24:25, 29:18, 41:7, 41:10, 75:23
**changed** [2] - 43:8
**Changes** [1] - 81:2
**changing** [2] - 31:2, 32:16
**chaotic** [2] - 68:7,

74:4
**charging** [1] - 71:24
**chase** [2] - 23:2, 57:12
**chased** [1] - 59:15
**chasing** [1] - 60:5
**chatted** [1] - 74:20
**check** [2] - 72:12, 72:20
**checked** [1] - 71:22
**Chelsea** [1] - 32:2
**chest** [5] - 26:1, 51:13, 52:20, 56:25
**chief** [1] - 32:11
**child** [4] - 19:22, 22:19, 33:2, 34:11
**children** [3] - 12:11, 23:7, 31:10
**chill** [1] - 65:11
**choice** [1] - 26:19
**choose** [1] - 66:2
**Christian** [1] - 11:24
**church** [1] - 12:3
**Cis** [1] - 30:18
**citizen** [1] - 8:14
**citizens** [1] - 35:8
**city** [1] - 12:17
**City** [10] - 1:8, 2:7, 2:9, 4:12, 4:14, 14:4, 15:12, 20:13, 21:8, 82:5
**claim** [1] - 12:2
**clarify** [1] - 5:25
**classroom** [1] - 9:14
**clean** [2] - 13:15, 30:10
**clear** [3] - 24:9, 46:22, 76:8
**cleared** [2] - 32:10, 32:11
**clearly** [1] - 54:5
**clerks** [1] - 25:12
**Cleveland** [1] - 2:3
**clock** [1] - 61:25
**close** [1] - 24:14
**closely** [1] - 45:3
**closing** [1] - 57:25
**clothes** [7] - 26:23, 27:7, 27:8, 42:14, 42:18, 60:5, 60:7
**clothing** [1] - 15:17
**club** [3] - 42:19, 70:16, 70:18
**clue** [1] - 73:6
**cold** [1] - 5:9
**collateral** [1] - 66:20
**college** [1] - 13:5
**College** [1] - 13:6
**Colorado** [1] - 31:19

**Columbia** [1] - 13:6
**comfortable** [3] - 26:22, 27:7, 53:22
**coming** [35] - 19:8, 22:18, 23:16, 27:13, 33:6, 33:23, 42:24, 43:2, 44:21, 45:2, 51:1, 51:6, 52:17, 52:19, 52:25, 53:1, 54:24, 55:8, 55:14, 56:25, 57:6, 58:16, 58:22, 58:25, 59:10, 59:18, 60:13, 61:17, 61:19, 68:15, 71:5, 72:22, 75:2, 75:11
**command** [2] - 52:3, 53:8
**commands** [2] - 35:1, 55:20
**Commencing** [1] - 1:15
**comment** [1] - 15:23
**Commission** [2] - 79:16, 79:16
**committed** [1] - 60:3
**common** [1] - 39:3
**communicating** [1] - 56:8
**compared** [1] - 77:7
**competition** [2] - 31:15, 31:16
**complaints** [1] - 30:13
**complete** [1] - 8:3
**completed** [2] - 25:3, 82:11
**completely** [2] - 65:13, 69:2
**concealment** [1] - 21:3
**concerns** [1] - 33:17
**concluded** [1] - 78:10
**conducive** [1] - 17:14
**conduct** [1] - 28:25
**conference** [1] - 74:23
**confident** [1] - 38:18
**confidential** [1] - 30:15
**confirm** [1] - 4:25
**confusion** [1] - 67:16
**conjunction** [1] - 16:14
**connected** [1] - 80:8
**conscious** [1] - 66:20
**consciousness** [1] - 72:2

consider [1] - 56:1
considered [2] - 28:14, 50:16
contact [2] - 69:16, 72:16
container [1] - 14:17
context [2] - 6:1, 8:14
continue [5] - 19:23, 30:22, 38:7, 48:19, 66:7
continued [4] - 49:8, 57:10, 57:17, 58:23
continues [2] - 53:2, 55:22
continuously [1] - 39:2
controlled [1] - 62:20
convenient [2] - 18:3, 25:8
cop [1] - 65:16
cops [1] - 62:21
copy [1] - 82:13
corner [1] - 41:2
Corporal [1] - 18:22
correct [25] - 4:17, 4:18, 5:2, 5:5, 6:3, 6:11, 8:1, 8:4, 8:5, 8:7, 9:8, 14:25, 15:9, 15:11, 16:10, 16:18, 32:7, 32:9, 40:24, 42:11, 42:12, 61:4, 61:5, 61:22, 80:5
Correct [2] - 8:8, 78:1
cost [1] - 62:1
could've [5] - 19:8, 33:6, 46:13, 63:21, 65:5
counsel [3] - 6:15, 80:7, 80:8
County [15] - 4:16, 4:20, 12:24, 24:7, 24:12, 27:10, 28:1, 28:8, 28:16, 29:23, 30:3, 79:3, 80:2, 80:10
couple [5] - 26:13, 33:4, 45:24, 51:25, 53:10
couples [1] - 15:13
course [6] - 13:21, 15:15, 23:4, 31:3, 57:10, 73:11
courtesy [1] - 21:4
cousin [1] - 75:4
cover [3] - 21:3,

45:20, 72:9
Cpr [1] - 72:1
creeping [1] - 39:14
crime [4] - 14:14, 18:17, 60:3, 63:3
crimes [3] - 13:17, 14:16, 14:20
criminal [2] - 13:8, 27:24
critical [2] - 73:3, 74:2
crossed [1] - 41:22
cruise [1] - 14:9
current [1] - 4:10
cussing [1] - 68:11

## D

Dale [1] - 74:9
damage [1] - 66:20
danger [1] - 57:15
dark [1] - 75:10
Dark [1] - 25:13
darker [1] - 17:16
Darks [1] - 18:6
Date [3] - 1:14, 81:19, 82:9
Dated [1] - 80:9
dates [1] - 22:10
daughter [4] - 12:12, 22:17, 33:3, 34:10
days [4] - 27:20, 31:21, 32:12, 32:13
dead [1] - 48:1
deadly [2] - 8:2, 35:3
deal [5] - 25:4, 63:2, 63:3, 65:14, 73:15
dealing [2] - 21:19, 69:23
debilitating [1] - 66:3
debriefing [3] - 73:3, 73:24, 74:2
Debriefing [1] - 73:25
decision [1] - 64:11
decisions [1] - 64:25
declare [1] - 81:16
declined [1] - 74:3
deescalate [3] - 37:6, 37:10, 63:13
Deescalate [1] - 37:7
deescalated [2] - 22:7, 65:5
defend [1] - 57:12
Defendants [1] - 1:9
defending [1] - 34:11
defense [2] - 8:14, 68:15
Define [1] - 44:8
degree [1] - 13:7

deliver [1] - 66:2
demanding [1] - 31:20
demonstration [1] - 44:14
denomination [2] - 12:1, 12:2
departed [1] - 7:25
Department [1] - 7:2
department [1] - 76:7
depict [1] - 41:25
depo [1] - 21:4
Deponent [7] - 4:6, 34:5, 41:15, 49:10, 57:21, 61:13, 62:13
deponent [1] - 4:3
deposed [1] - 28:12
Deposition [3] - 1:11, 81:3, 82:8
deposition [7] - 5:5, 9:21, 10:17, 39:25, 78:9, 80:4, 82:13
depositions [2] - 5:1, 33:19
derogatories [1] - 77:20
Describe [1] - 49:23
describe [8] - 40:12, 41:22, 48:12, 50:3, 50:8, 62:22, 70:19, 70:25
described [5] - 8:11, 14:23, 44:23, 60:17, 71:9
description [2] - 25:20, 50:17
detail [1] - 24:24
detailed [1] - 77:20
detective [1] - 67:24
detectives [1] - 75:16
detectives' [2] - 5:18, 5:19
determine [1] - 61:19
devastating [1] - 32:18
development [1] - 9:15
diagonal [1] - 41:2
diagonally [1] - 43:16
diagram [1] - 41:21
Diagram [1] - 45:10
diagrams [1] - 34:17
dialogue [1] - 22:20
dialoguing [1] - 40:17
difference [1] - 62:23
different [15] - 14:6,

15:15, 15:17, 19:17, 21:2, 28:13, 28:16, 36:7, 37:17, 37:18, 43:9, 43:13, 43:14, 63:24, 64:18
direct [4] - 43:10, 46:23, 48:15, 75:7
Direct [2] - 2:20, 4:7
directed [2] - 47:10, 69:3
direction [9] - 44:21, 48:6, 49:8, 52:19, 52:25, 55:4, 58:25, 59:10, 61:17
directionally [1] - 48:7
directions [2] - 46:18, 46:21
directly [2] - 58:15, 58:22
disadvantage [1] - 56:5
discharge [1] - 22:4
discharged [2] - 8:9, 8:13
discipline [2] - 8:6, 30:9
disciplined [1] - 32:8
discomfort [1] - 53:25
discussion [1] - 41:17
discussions [1] - 18:24
disengaged [1] - 69:18
distance [2] - 38:21, 52:21
distinguishable [1] - 40:5
distraught [1] - 10:1
District [2] - 1:1, 1:1
division [2] - 27:24, 31:6, 31:8
Division [1] - 1:2
document [1] - 81:16
Document [2] - 21:13, 40:1
dog [1] - 26:5
domestic [2] - 22:13, 24:3
done [10] - 16:8, 17:23, 19:17, 26:16, 58:2, 62:4, 63:5, 63:7, 63:13, 78:4
door [10] - 14:3, 45:5, 45:7, 45:15, 45:22, 52:2, 63:10, 63:22, 70:17
dot [1] - 45:18

dots [4] - 13:14, 13:15, 41:23, 42:3
down [32] - 10:14, 13:21, 13:24, 14:4, 15:13, 18:19, 19:23, 22:21, 22:25, 26:10, 26:15, 33:24, 37:8, 37:13, 37:22, 38:18, 38:19, 39:14, 43:24, 44:5, 49:24, 51:10, 61:1, 61:3, 62:21, 63:15, 64:7, 67:6, 71:16, 71:22, 76:21, 77:9
Down [1] - 14:3
downscaled [1] - 50:20
draw [6] - 21:21, 22:18, 23:3, 40:10, 51:7
drawing [3] - 34:25, 45:6, 51:9
drawn [1] - 64:1
dream [1] - 33:8
dreams [1] - 29:16
dress [4] - 26:10, 42:14, 42:15, 42:18
dressed [1] - 67:24
drew [1] - 23:15
drink [1] - 25:12
drinking [1] - 14:22
Drive [1] - 18:4
drive [4] - 11:8, 11:10, 38:7, 38:8
driver [2] - 7:11, 7:18
driving [1] - 11:7, 14:5, 17:2
drop [1] - 21:25, 45:25, 46:1, 46:24, 46:25, 52:4, 52:11, 53:5, 53:19, 59:23, 63:1
dropped [3] - 52:17, 57:9, 67:5
drops [2] - 62:5, 62:10
drug [2] - 18:16, 30:20
Dui [1] - 14:17
duly [2] - 4:4, 79:7
during [5] - 6:15, 13:18, 23:1, 46:23, 71:5
duty [3] - 8:10, 63:9, 67:25

## E

ear [1] - 67:21
early [3] - 15:7, 15:9,

30:2

**earpiece** [2] - 67:21, 67:23
**earth** [1] - 40:15
**east** [2] - 48:7, 71:18
**East** [5] - 2:9, 2:16, 18:15, 48:9, 82:5
**eastbound** [1] - 36:25
**eat** [6] - 25:9, 25:13, 74:7, 74:8, 74:10, 74:13
**eating** [1] - 25:19
**Echo** [3] - 1:16, 1:22, 82:1
**edge** [1] - 40:23
**Ee055426** [1] - 79:16
**effort** [1] - 25:4
**eight** [3] - 27:20, 28:11, 31:21
**eing** [1] - 74:12
**either** [1] - 21:11
**elbow** [2] - 66:12, 66:13
**elected** [1] - 24:16
**elevated** [1] - 40:15
**elite** [3] - 28:15, 28:18
**Emergency** [2] - 28:6, 28:9
**emotional** [1] - 34:9
**employed** [2] - 4:13, 4:14
**employee** [2] - 80:6, 80:7
**employees** [1] - 9:16
**encounter** [2] - 23:1, 35:3
**encountering** [2] - 15:1, 19:11
**encounters** [1] - 42:21
**end** [4] - 10:16, 11:7, 21:22, 64:6
**ended** [2] - 10:18, 23:7
**enforce** [1] - 14:22
**enforcement** [4] - 11:16, 13:10, 44:5, 55:21
**engage** [4] - 20:21, 23:4, 51:12, 57:11
**engaged** [1] - 7:14
**enjoy** [1] - 74:19
**enjoyed** [1] - 31:11
**entail** [2] - 9:9, 13:12
**Enter** [1] - 81:2
**environment** [2] - 15:15, 15:16
**epaulets** [1] - 76:24

**equipped** [1] - 56:11
**Er** [1] - 28:8
**Errata** [2] - 2:22, 81:1
**errata** [1] - 82:13
**Error** [1] - 81:5
**Ert** [1] - 28:20
**escalated** [1] - 55:7
**Esq** [5] - 2:2, 2:8, 2:12, 2:15, 82:4
**established** [1] - 35:7
**Estate** [1] - 1:5
**estimate** [2] - 47:2, 53:7
**et** [2] - 81:3, 82:7
**evaded** [1] - 7:22
**evaluate** [1] - 55:18
**evaluating** [1] - 55:15
**evaluations** [1] - 30:7
**evening** [3] - 13:12, 17:23, 30:14
**event** [2] - 15:4, 32:16
**eventually** [1] - 19:24
**everywhere** [1] - 14:6
**evidence** [3] - 64:14, 76:13, 76:14
**ex** [2] - 22:25, 23:17
**ex-police** [2] - 22:25, 23:17
**exact** [5] - 50:10, 65:15, 68:12, 71:17, 77:3
**exactly** [3] - 39:17, 57:22, 68:16
**Examination** [3] - 1:21, 2:20, 4:7
**excessive** [1] - 30:12
**execute** [1] - 70:2
**executed** [2] - 68:24, 71:7
**Exhibit** [5] - 21:6, 21:13, 40:1, 40:18, 42:5
**Exhibits** [1] - 3:1
**exit** [2] - 45:5, 51:4
**exited** [1] - 7:19
**exiting** [1] - 34:25
**experience** [6] - 21:19, 22:1, 30:4, 36:4, 36:9, 75:7
**experienced** [1] - 64:11
**experiences** [1] - 22:3
**expert** [2] - 8:18,

73:3

**Expires** [1] - 79:16
**explain** [1] - 69:22
**explaining** [1] - 69:25
**Explorers** [3] - 31:9, 31:14, 32:4
**extended** [1] - 44:22, 49:22
**extending** [1] - 50:4
**extensively** [1] - 32:4
**extent** [1] - 49:1
**eye** [4] - 22:16, 36:1, 64:4, 64:5
**eyes** [6] - 56:14, 56:16, 56:18, 56:19, 57:2, 57:6

# F

**fabricating** [1] - 69:15
**face** [3] - 22:16, 38:25, 77:5
**facing** [1] - 48:7
**fact** [5] - 20:12, 24:15, 34:8, 35:16, 45:16
**facts** [8] - 10:3, 10:7, 10:11, 16:4, 34:7, 35:6, 76:12, 81:16
**fail** [1] - 20:12
**failure** [1] - 52:8
**fair** [3] - 16:12, 34:14, 69:9
**fall** [1] - 59:16
**fallen** [1] - 67:5
**false** [1] - 69:2
**familiar** [2] - 17:6, 31:13
**familiarity** [1] - 9:18
**family** [5] - 9:25, 10:1, 33:9, 34:8, 62:10
**far** [5] - 5:2, 35:24, 47:1, 49:18, 50:4
**father** [1] - 33:7
**Fats** [1] - 20:6
**fear** [1] - 35:12
**feet** [2] - 51:24, 52:22
**fell** [1] - 58:24
**felony** [1] - 27:11
**felt** [2] - 5:12, 76:3
**female** [1] - 71:3
**females** [1] - 10:21, 71:1
**fence** [1] - 49:15
**Ferrell** [2] - 31:25, 32:5

**few** [4] - 20:6, 27:17, 31:1, 41:20
**field** [8] - 9:6, 9:10, 9:15, 20:20, 27:13, 29:3, 29:25, 41:8
**fight** [4] - 38:24, 38:25, 39:5, 39:7
**fighting** [2] - 23:14, 62:16
**figure** [3] - 10:8, 61:8, 76:11
**figured** [1] - 38:3
**finally** [2] - 23:9, 62:6
**financially** [1] - 80:8
**fine** [1] - 61:12
**fire** [7] - 7:21, 52:13, 52:16, 52:18, 66:2, 66:7
**firearm** [15] - 8:9, 8:13, 8:16, 20:22, 21:1, 21:17, 22:4, 35:10, 44:10, 49:17, 50:6, 50:24, 51:4, 52:23, 71:11
**firearms** [3] - 8:22, 21:10, 77:25
**fired** [8] - 7:21, 9:4, 23:5, 53:9, 58:19, 65:22, 66:10, 66:16
**firing** [1] - 66:5
**First** [1] - 2:13
**first** [16] - 4:3, 33:5, 40:10, 41:5, 42:23, 43:6, 44:2, 50:24, 52:3, 53:8, 55:23, 56:15, 56:23, 71:21, 72:15, 76:4
**first-aid** [1] - 71:21
**five** [3] - 7:15, 35:2, 65:2
**flat** [1] - 32:22
**fled** [3] - 7:12, 7:19, 23:25
**Floor** [3] - 2:9, 2:16, 82:5
**floor** [1] - 74:22
**Florida** [15] - 1:1, 1:8, 1:17, 1:23, 2:3, 2:6, 2:10, 2:14, 2:16, 79:2, 79:15, 80:1, 80:10, 82:2, 82:6
**flowed** [1] - 8:6
**focus** [5] - 10:14, 13:17, 18:18, 65:21, 69:5
**focused** [7] - 51:17, 55:1, 56:18, 56:20, 56:21, 57:5, 58:18
**focusing** [1] - 18:9,

47:3

**follow** [1] - 26:15
**followed** [1] - 76:6
**follows** [1] - 4:5
**foot** [4] - 26:16, 54:7, 59:2
**football** [1] - 50:1
**force** [2] - 8:3, 30:12
**forced** [1] - 23:3
**forceful** [1] - 48:14
**foregoing** [2] - 80:5, 81:16
**forever** [1] - 74:11
**former** [7] - 34:3, 48:25, 54:16, 57:19, 59:25, 62:12, 65:7
**former** [1] - 23:22
**forth** [1] - 43:11
**fortunately** [1] - 22:19
**forward** [2] - 45:24, 48:14, 59:3
**four** [6] - 23:8, 32:12, 32:13, 38:10, 39:16, 39:18
**four-day** [1] - 23:8
**frame** [1] - 52:2
**frequent** [1] - 18:4
**Friday** [3] - 1:14, 15:9, 15:20
**friend** [1] - 70:3
**friends** [2] - 43:3, 43:16
**friendship** [1] - 24:15
**front** [11] - 7:18, 17:17, 38:2, 38:15, 44:4, 47:23, 49:20, 49:22, 51:13, 63:8, 63:10
**fruit** [1] - 25:18
**frustrating** [1] - 29:14
**Fto** [4] - 9:12, 27:16, 29:6, 29:19
**full** [6] - 4:9, 28:18, 28:19, 50:17, 62:7, 75:16
**full-time** [1] - 28:18
**functions** [1] - 28:21
**furthest** [2] - 40:25, 41:1

# G

**gain** [1] - 41:21
**gangs** [1] - 15:17
**garages** [1] - 14:9
**garbage** [1] - 77:5

**Gattis**[1] - 7:7
**gentleman** [2] - 41:24, 64:17
**gentlemen** [1] - 57:24
**geographic** [1] - 24:13
**gesturing** [1] - 54:6
**girl** [1] - 33:9
**given** [1] - 8:23
**glass** [1] - 17:20
**Goan**[1] - 2:5
**God**[2] - 11:21, 67:25
**Google**[1] - 3:2
**grabbed** [1] - 69:21
**grass** [3] - 41:8, 41:25, 42:1
**great** [2] - 25:4, 29:24
**greater** [1] - 4:22
**green** [1] - 25:23
**grew** [1] - 12:25
**ground** [5] - 44:10, 51:11, 58:23, 66:9, 67:22
**group** [4] - 10:20, 14:21, 15:1, 16:22
**Group**[1] - 2:13
**groups** [2] - 38:22, 77:7
**grove** [1] - 23:12
**grow** [1] - 12:21
**guess** [3] - 5:10, 44:1, 65:9
**gun** [49] - 33:23, 34:24, 35:16, 43:4, 43:6, 43:17, 44:3, 44:18, 45:3, 45:5, 51:13, 51:20, 52:7, 52:19, 53:5, 53:23, 54:4, 54:5, 54:10, 54:23, 54:24, 54:25, 55:4, 55:15, 56:7, 56:14, 56:20, 56:23, 57:2, 57:17, 58:1, 58:8, 58:14, 58:21, 58:24, 58:25, 59:6, 59:16, 62:9, 62:11, 66:8, 66:9, 67:24, 68:25, 69:1, 70:3, 71:7, 72:8
**gunfight** [1] - 56:7
**guns** [2] - 19:25, 59:15
**guy** [16] - 10:24, 11:1, 25:16, 35:19, 49:5, 53:23, 55:6, 55:15, 55:18, 56:7, 62:7, 62:8, 64:19,

67:19, 72:8, 75:10
**guys** [47] - 10:20, 10:25, 11:22, 17:8, 23:13, 36:2, 36:12, 36:13, 37:25, 38:4, 38:5, 38:10, 38:21, 39:5, 39:16, 39:18, 39:19, 40:22, 55:2, 55:16, 57:13, 57:22, 59:15, 60:8, 63:10, 63:22, 63:24, 64:3, 64:4, 64:5, 64:6, 65:15, 67:1, 67:14, 67:19, 68:2, 68:9, 70:9, 71:23, 72:5, 72:6, 72:10, 72:24, 74:11, 74:24, 77:8

**H**

**Haggard** [5] - 5:21, 18:22, 29:5, 70:7, 72:25
**hair** [1] - 75:10
**half** [3] - 12:14, 27:11, 31:12
**hand** [13] - 43:7, 43:17, 43:18, 43:19, 44:3, 44:20, 49:22, 52:17, 57:17, 58:22, 66:8, 66:17, 79:9
**handcuff** [2] - 67:13, 67:14
**handed** [1] - 51:2
**handgun** [1] - 7:21
**handle** [1] - 21:1
**hands** [6] - 35:11, 44:18, 51:15, 54:25, 56:19, 59:16
**handwritten** [1] - 6:2
**hang** [1] - 25:12
**hanging** [1] - 46:18
**hangs** [1] - 26:5
**hard** [3] - 33:13, 50:3, 62:22
**harm** [1] - 35:8
**Harrell** [13] - 1:8, 1:12, 2:11, 4:2, 4:11, 79:6, 80:4, 81:3, 81:4, 81:19, 82:7, 82:8
**head** [3] - 59:14, 67:16, 73:19
**headed** [1] - 36:25
**health** [1] - 73:13
**healthier** [1] - 25:16
**hear** [7] - 36:16, 37:13, 64:12, 65:1, 65:24, 69:12, 69:23
**heard** [9] - 5:8, 33:25, 38:1, 47:14,

53:13, 60:14, 68:24, 70:21, 72:21
**hearing** [1] - 69:2
**hears** [1] - 61:7
**heeled** [1] - 22:16
**height** [4] - 43:21, 59:5, 59:8, 59:11
**held** [3] - 28:24, 41:17, 44:3
**help** [5] - 61:17, 62:18, 67:23, 68:5, 73:15
**helpful** [1] - 21:17
**helping** [2] - 32:20, 32:23
**hereby** [1] - 80:3
**herein** [1] - 4:3
**Heritage** [1] - 13:3
**high** [9] - 13:2, 18:17, 22:16, 22:23, 24:11, 28:1, 30:7, 52:23, 72:18
**high-crime** [1] - 18:17
**high-heeled** [1] - 22:16
**high-profile** [1] - 28:1
**high-speed** [1] - 72:18
**high-stress** [1] - 24:11
**higher** [3] - 28:23, 28:24, 59:11
**hill** [5] - 40:15, 43:24, 60:18, 61:1, 68:9
**Hillsborough** [3] - 79:3, 80:2, 80:9
**Himes** [1] - 2:5
**hip** [2] - 50:7, 76:23
**hips** [1] - 46:6
**hired** [3] - 9:16, 20:14, 30:3
**hit** [5] - 13:19, 13:20, 58:23, 66:14, 67:5
**hitting** [1] - 22:15
**hold** [1] - 28:23
**holding** [6] - 19:22, 19:23, 19:25, 51:15, 52:24, 60:10
**holster** [1] - 50:25
**home** [2] - 32:21, 33:7
**homicide** [4] - 22:24, 74:11, 74:22, 75:16
**honestly** [1] - 26:20
**hope** [1] - 33:12
**hopefully** [1] - 57:12
**hoping** [1] - 21:21
**hostage** [1] - 23:8

**hours** [1] - 77:18
**house** [4] - 23:9, 23:10, 24:1, 49:14
**houses** [2] - 38:3, 62:15
**huge** [2] - 43:13, 43:20
**human** [1] - 67:2
**hungry** [1] - 74:5
**hurt** [3] - 56:20, 66:8, 66:9
**husband** [1] - 10:2

**I**

**I-4** [1] - 18:18
**identification** [2] - 21:14, 40:2
**identify** [1] - 21:23
**identifying** [1] - 55:20
**immediately** [4] - 51:11, 62:17, 67:7, 67:11
**imminent** [1] - 39:5
**imperfect** [1] - 68:17
**inaccurate** [2] - 41:7, 68:17
**Inc** [3] - 1:16, 1:22, 82:1
**incident** [14] - 5:8, 8:10, 11:11, 15:23, 16:6, 24:23, 25:6, 26:25, 27:3, 32:3, 34:22, 44:2, 54:13, 74:3
**incidents** [5] - 15:4, 24:11, 59:22, 73:15
**incorporated** [1] - 36:15
**independent** [1] - 16:2
**indicated** [1] - 9:6
**Indicating** [1] - 40:12
**indicating** [36] - 9:2, 26:1, 26:5, 26:6, 27:15, 38:11, 38:16, 38:17, 40:7, 40:15, 40:21, 40:22, 41:3, 41:9, 41:14, 41:23, 42:4, 44:13, 45:14, 45:15, 45:17, 45:18, 48:15, 49:11, 49:14, 50:11, 52:20, 54:5, 56:21, 58:17, 60:11, 66:11, 67:2, 76:20, 76:22, 77:17
**indication** [4] - 59:14, 59:19, 59:21, 62:14

**individual** [1] - 29:10
**Individually** [1] - 1:8
**individuals** [2] - 8:21, 69:16
**informant** [1] - 30:15
**information** [3] - 16:6, 16:24, 68:18
**initiation** [1] - 53:8
**Inn** [1] - 74:9
**inside** [2] - 23:9, 23:10
**instead** [1] - 27:15
**integrity** [1] - 8:20
**interest** [1] - 5:22
**interested** [2] - 30:12, 80:8
**internal** [2] - 32:11, 75:15
**interrogatories** [2] - 16:13, 24:20
**interrogatory** [2] - 44:7, 77:22
**Interrogatory** [1] - 24:24
**interview** [7] - 5:17, 6:9, 6:12, 6:16, 6:18, 73:25, 74:14
**interviewed** [1] - 16:9
**interviewers** [1] - 75:17
**invades** [1] - 29:10
**investigating** [1] - 36:11
**investigation** [6] - 8:4, 16:13, 16:8, 27:24, 31:5, 36:19
**investigative** [1] - 76:11
**involved** [10] - 5:22, 6:11, 6:22, 19:4, 21:10, 30:15, 39:8, 47:21, 47:24, 70:11
**involving** [1] - 19:11
**issue** [1] - 25:24
**issued** [1] - 50:10
**itself** [1] - 16:25

**J**

**jacket** [1] - 30:8
**jacking** [1] - 77:10
**Jackson**[1] - 2:16
**Jacksonville**[1] - 70:23
**jail** [1] - 65:12
**January**[1] - 1:14
**jaw** [1] - 77:10
**jeans** [2] - 25:23, 71:20

**Jennifer**[1] - 1:4
**job** [7] - 10:6, 12:9, 28:21, 29:7, 29:15, 32:19, 76:4
**jog** [1] - 50:4
**John**[3] - 2:12, 18:22, 29:5
**joint** [2] - 60:9, 60:10
**journal** [1] - 15:24
**jumped** [1] - 36:10
**June**[4] - 4:15, 79:10, 80:9, 82:3
**justice** [1] - 13:8
**justification** [1] - 55:9
**justify** [1] - 54:15

# K

**keep** [5] - 36:1, 64:4, 64:5, 75:11
**Kennedy**[3] - 1:16, 2:9, 82:5
**kept** [2] - 24:16, 50:6
**kick** [1] - 39:1
**kid** [1] - 14:5
**kids** [4] - 14:21, 26:14, 31:17, 50:15
**kill** [16] - 35:14, 35:15, 35:17, 35:20, 47:18, 54:21, 54:25, 55:2, 56:19, 64:20, 65:17, 65:20, 66:5, 67:20, 68:14, 70:3
**killed** [7] - 10:5, 23:1, 23:9, 23:24, 55:9, 70:23, 71:16
**Kim**[2] - 1:21, 82:16
**Kimberly**[4] - 79:5, 79:15, 80:3, 80:12
**kind** [27] - 5:8, 7:5, 11:9, 17:12, 17:15, 20:1, 26:22, 27:12, 27:14, 29:5, 29:16, 31:2, 31:3, 35:5, 36:3, 36:15, 39:13, 41:5, 42:6, 44:4, 44:11, 44:14, 47:6, 49:24, 50:9, 60:18, 68:8
**kinds** [1] - 19:5
**knife** [2] - 19:24, 22:17
**knowing** [2] - 39:9, 39:10
**knowledge** [1] - 16:24
**known** [3] - 18:16, 46:9, 60:22

# L

**lack** [1] - 50:17
**lady** [1] - 19:22
**language** [1] - 35:11
**large** [6] - 22:17, 23:12, 26:2, 43:23, 58:12, 60:18
**larger** [3] - 43:25, 75:10
**largest** [2] - 66:11, 66:15
**last** [1] - 72:4
**lasted** [1] - 7:15
**late** [1] - 18:19
**latest** [1] - 21:6
**Latin**[1] - 71:2
**Latins**[1] - 71:10
**Lauderdale**[2] - 23:24, 23:25
**law** [3] - 11:16, 44:5, 55:21
**Law**[2] - 2:13, 2:15
**lawful** [1] - 55:20
**laws** [1] - 14:22
**lawyer** [2] - 16:15, 16:16
**laziness** [1] - 26:20
**leading** [1] - 15:4
**leads** [1] - 70:17
**learned** [3] - 33:1, 36:9, 75:3
**leave** [8] - 4:19, 31:4, 53:14, 61:7, 65:3, 70:12, 70:13, 72:25
**leaving** [1] - 31:21
**Lee**[1] - 4:11
**left** [16] - 4:16, 4:20, 18:3, 19:21, 24:9, 25:8, 30:24, 31:5, 31:21, 44:16, 44:20, 45:1, 45:17, 51:8, 59:2, 70:9
**leg** [2] - 45:4, 51:8
**legs** [1] - 50:4
**Less**[1] - 64:2
**less** [3] - 25:17, 34:22, 34:23
**lethal** [1] - 66:3
**Letter**[1] - 2:22
**letters** [1] - 26:2
**level** [3] - 28:23, 54:23, 59:10
**leveled** [1] - 59:10
**levels** [1] - 28:13
**life** [10] - 23:10, 31:2, 32:16, 32:18, 32:24, 34:2, 35:12, 58:5, 62:1, 68:13
**life-changing** [2] -

**light** [1] - 50:18
**lights** [1] - 56:12
**limits** [1] - 12:17
**Line**[1] - 81:5
**line** [1] - 8:10
**lines** [1] - 69:8
**list** [3] - 16:17, 21:7, 35:6
**listed** [1] - 16:13
**listen** [3] - 36:16, 36:17, 38:9
**listened** [1] - 34:6
**listening** [3] - 37:16, 38:20, 67:18
**listens** [1] - 11:1
**literally** [1] - 70:13
**litigation** [1] - 10:11
**live** [2] - 12:17, 20:2
**lives** [1] - 58:4
**location** [2] - 16:4, 18:1
**lock** [1] - 14:3
**look** [15] - 13:25, 14:6, 18:14, 19:21, 21:5, 34:18, 41:20, 42:5, 43:13, 53:15, 57:16, 58:9, 61:9, 70:25, 77:21
**looked** [4] - 43:25, 46:3, 49:25, 54:4
**looking** [13] - 12:18, 13:22, 14:20, 17:12, 19:15, 26:14, 43:22, 45:1, 56:23, 57:5, 58:13, 59:7, 69:7
**looks** [2] - 39:10, 45:18
**loose** [1] - 9:2
**losing** [1] - 10:1
**loud** [2] - 46:21, 46:24
**louder** [2] - 43:9, 52:10
**love** [3] - 18:5, 32:20
**loved** [2] - 10:4, 31:20
**low** [6] - 44:6, 44:8, 48:3, 51:5, 51:10, 53:19
**Low**[1] - 34:24
**low-ready** [2] - 44:6, 51:10
**lower** [1] - 53:19
**lunchbox** [1] - 25:19
**lying** [1] - 64:15

# M

**Mabry** [1] - 74:9

**machine** [1] - 20:6
**Maddux** [25] - 2:2, 2:2, 2:20, 4:8, 21:15, 34:13, 40:3, 41:16, 41:18, 41:19, 46:12, 49:3, 49:7, 49:12, 54:18, 58:7, 60:1, 61:12, 61:21, 62:24, 65:8, 77:11, 77:14, 77:15, 78:3
**maintain** [2] - 8:21, 24:14
**maintaining** [1] - 29:1
**Makholm** [16] - 2:12, 2:13, 2:15, 2:15, 34:3, 41:13, 46:11, 48:25, 49:4, 54:16, 57:19, 59:25, 61:11, 62:12, 65:7, 78:6
**male** [1] - 22:13
**males** [3] - 35:22, 49:16, 71:1
**man** [3] - 33:23, 43:13, 43:22, 43:23, 47:24, 55:8, 60:14, 60:19, 74:6
**managing** [1] - 21:17
**manner** [1] - 69:14
**Map** [1] - 3:2
**maps** [2] - 13:14
**Marc** [2] - 2:15, 2:15
**mark** [8] - 21:5, 40:5, 41:3, 77:24
**Mark** [1] - 18:22
**marked** [4] - 21:13, 40:1, 41:22, 63:14
**marker** [1] - 45:9
**marking** [1] - 39:24
**markings** [1] - 60:24
**married** [4] - 12:4, 12:6, 12:7, 12:15
**mass** [3] - 66:4, 66:10, 66:15
**massive** [1] - 43:23
**master** [6] - 8:18, 8:23, 9:1, 9:3, 9:4, 9:5
**master-expert** [1] - 8:18
**materials** [1] - 7:4
**matter** [1] - 34:24
**mature** [1] - 64:10
**mean** [18] - 6:1, 11:13, 14:12, 32:15, 35:18, 37:2, 37:19, 46:2, 46:13, 46:21, 47:23, 48:11, 50:17, 51:7, 58:25, 68:10, 76:16
**means** [3] - 8:20,

20:7, 28:20
**media** [1] - 33:1
**meet** [2] - 52:2, 74:14
**member** [1] - 10:2
**memory** [6] - 15:3, 15:8, 23:16, 39:13, 42:23, 47:17, 66:20, 71:19
**men** [4] - 40:6, 42:24, 47:21, 76:25
**mental** [1] - 73:13
**mentally** [1] - 32:17
**mentioned** [1] - 22:3
**messages** [1] - 65:19
**Messier** [1] - 18:23
**mic** [1] - 75:18
**Michael** [2] - 2:2, 2:2
**microscopic** [1] - 56:13
**middle** [4] - 31:23, 38:8, 50:15, 53:22
**Middle** [2] - 1:1, 31:25
**midnight** [1] - 15:8
**might** [4] - 16:18, 21:10, 49:2, 50:19
**Mike** [1] - 74:6
**Milky** [2] - 18:5, 25:13
**million** [2] - 59:14, 68:6
**mind** [6] - 34:1, 34:11, 34:15, 35:19, 37:5, 62:9
**minute** [2] - 34:23, 64:2
**minutes** [1] - 41:20
**Mirt** [1] - 28:3
**miss** [1] - 66:13
**missed** [1] - 66:21
**missing** [2] - 66:12, 77:16
**mission** [1] - 23:4
**mistake** [1] - 32:25
**mode** [1] - 27:13
**modified** [1] - 51:10
**moment** [2] - 44:23, 65:22
**moments** [1] - 15:22
**month** [1] - 5:16
**months** [3] - 12:9, 31:1, 33:4
**morning** [5] - 4:9, 6:9, 15:7, 15:9, 15:21
**Most** [1] - 21:22
**most** [4] - 10:11, 21:16, 22:1, 34:1
**mother** [1] - 22:15

**motherfucker** [1] -
47:17, 67:19
**motion** [5] - 6:23,
46:5, 58:17, 58:21,
67:4
**motions** [1] - 6:21
**mouth** [2] - 43:11,
77:2
**move** [1] - 48:15
**moved** [4] - 12:24,
41:24, 42:2, 57:2
**movement** [1] -
49:23
**movies** [1] - 15:13
**moving** [4] - 35:21,
49:8, 51:21, 55:23
**multilevel** [1] - 14:9
**muscular** [2] - 71:2,
71:10
**music** [1] - 11:2
**Myles** [7] - 5:5, 6:8,
9:6, 10:19, 14:23,
25:14, 25:16

**N**

**naive** [1] - 65:24
**name** [3] - 4:9,
23:17, 75:5
**names** [4] - 16:13,
16:17, 27:22, 70:19
**narcotics** [2] - 27:10,
28:2
**national** [1] - 31:19
**Nebraska** [3] - 7:8,
18:15, 26:13
**necessarily** [1] -
10:2
**necessary** [1] - 5:12
**neck** [1] - 26:4
**need** [7] - 26:10,
54:19, 69:23, 73:9,
76:4, 76:5, 76:7
**needed** [2] - 26:24,
73:4
**never** [17] - 9:4, 16:1,
16:9, 20:11, 21:21,
23:5, 25:3, 33:12,
36:14, 36:20, 37:12,
54:9, 54:21, 69:16,
72:1, 72:14, 74:2
**new** [5] - 4:23, 9:12,
24:15, 41:21, 41:22
**newly** [1] - 9:16
**newspaper** [2] -
16:5, 16:7
**next** [5] - 40:10,
45:19, 51:25, 52:8,
62:5
**nice** [2] - 15:12,

67:24
**nicknames** [1] -
70:20
**nigger** [1] - 47:18
**night** [19] - 11:6,
11:7, 11:11, 11:15,
15:2, 15:5, 16:17,
18:19, 25:21, 30:16,
32:24, 33:17, 33:18,
45:23, 60:15, 63:6,
66:5, 68:20, 76:16
**none** [1] - 52:6
**nonsmoker** [1] -
11:4
**normal** [3] - 6:21,
55:5, 73:9
**normally** [1] - 25:14
**North** [2] - 2:5, 2:13
**north** [8] - 16:22,
18:18, 36:12, 36:13,
38:13, 40:14, 40:20,
48:7
**Notarize** [1] - 80:13
**Notary** [1] - 79:15
**notes** [6] - 5:18,
5:19, 5:25, 6:2, 15:25,
80:5
**nothing** [4] - 35:19,
59:17, 62:18, 71:16
**nowhere** [1] - 64:17
**numbered** [1] - 77:7
**numerous** [1] -
75:14

**O**

**Oath** [2] - 2:21, 79:1
**oath** [1] - 4:4
**Object** [6] - 34:3,
46:11, 54:16, 59:25,
62:12, 65:7
**object** [1] - 48:25
**Objection** [2] - 57:19,
61:11
**obnoxious** [1] -
10:25
**observations** [1] -
61:4
**observe** [1] - 24:2
**obtained** [3] - 6:4,
7:4, 22:17
**obvious** [1] - 77:8
**obviously** [2] - 10:1,
30:11
**occurred** [1] - 72:6
**October** [1] - 11:17
**off-duty** [2] - 63:9,
67:25
**offenders** [2] -
22:24, 28:2

**offer** [1] - 56:22
**Office** [8] - 1:22, 2:9,
2:15, 4:16, 4:20, 24:8,
82:1, 82:5
**office** [1] - 75:15
**Officer** [6] - 1:8, 2:11,
6:8, 7:7, 9:6, 81:3
**officer** [21] - 4:12,
4:15, 9:7, 9:11, 9:13,
11:13, 21:2, 21:24,
22:25, 23:23, 26:19,
27:14, 31:23, 32:5,
32:20, 55:21, 67:18,
68:1, 68:4, 73:13,
73:14
**officer's** [1] - 23:17
**officers** [10] - 4:22,
9:12, 28:12, 31:15,
36:7, 36:8, 63:8, 63:9,
70:10, 73:15
**official** [2] - 6:3, 79:9
**often** [1] - 21:22
**old** [3] - 12:13,
24:17, 33:4
**olds** [1] - 31:14
**once** [2] - 63:23,
66:17
**one** [35] - 7:21, 7:23,
8:10, 9:7, 10:4, 11:1,
15:10, 19:7, 20:17,
29:16, 31:15, 31:24,
35:5, 36:5, 39:9,
39:19, 40:25, 42:15,
44:18, 45:11, 45:12,
46:13, 51:8, 54:19,
54:20, 61:24, 62:11,
65:22, 66:10, 66:16,
69:13, 71:2, 71:6,
71:10, 74:25
**ones** [2] - 23:16,
38:24
**open** [6] - 14:16,
42:7, 45:16, 45:22,
75:18
**opened** [1] - 63:21
**opening** [1] - 45:5
**operated** [1] - 17:6
**operating** [1] - 54:14
**operations** [2] -
30:20, 77:25
**opinion** [1] - 39:4
**opinions** [1] - 34:7
**opportunity** [4] -
5:11, 20:21, 33:21,
70:4
**option** [2] - 29:9,
64:16
**orange** [1] - 23:12
**Orange** [9] - 4:16,
4:20, 24:7, 24:12,

27:9, 27:25, 28:8,
28:16, 30:3
**orders** [1] - 46:23
**original** [1] - 41:23
**originally** [1] - 72:6
**Orlando** [5] - 13:1,
13:6, 22:22, 23:19,
23:22
**out-numbered** [1] -
77:7
**outside** [3] - 16:7,
25:12, 45:7
**overall** [2] - 22:1,
57:5
**own** [5] - 15:25, 16:3,
21:18, 61:4, 62:9

**P**

**Page** [2] - 2:20, 81:5
**page** [1] - 42:3
**Palm** [1] - 12:24
**palm** [2] - 45:15,
48:22
**paper** [1] - 19:19
**paper-type** [1] -
19:19
**paramedics** [1] -
68:23
**paraphrasing** [1] -
65:9
**parenthesis** [1] -
16:15
**park** [1] - 17:10
**parked** [1] - 38:17
**parking** [8] - 13:20,
14:9, 17:11, 17:19,
26:14, 42:8, 60:8,
66:24
**part** [2] - 31:17, 52:9
**Part** [2] - 13:17,
14:14
**participant** [2] -
6:20, 76:2
**participants** [1] -
16:4
**participated** [2] -
19:18, 20:5
**particular** [7] - 5:4,
10:15, 12:1, 18:1,
51:19, 54:14, 69:5
**particularly** [2] -
29:8, 30:11
**parties** [1] - 80:7
**parties'** [1] - 80:7
**partner** [13] - 5:5,
7:12, 16:21, 22:13,
22:15, 23:3, 23:5,
24:3, 36:1, 39:13,
50:19, 72:2, 76:14

**partnering** [1] -
10:18
**partners** [1] - 11:10
**parts** [3] - 18:16,
18:17, 56:14
**party** [1] - 23:12
**pass** [2] - 20:12,
43:16
**passed** [3] - 20:17,
20:19, 76:25
**passenger** [2] - 7:19,
11:9
**past** [4] - 38:7, 38:9,
48:3, 58:23
**patch** [2] - 25:25,
46:18
**path** [3] - 53:2, 56:2,
77:1
**patrol** [2] - 7:8, 63:14
**pay** [2] - 4:21, 4:23
**paying** [2] - 45:2,
56:17
**Pba** [2] - 74:5, 75:15
**peacefully** [1] -
21:23
**pen** [1] - 40:4
**penalties** [1] - 81:16
**people** [26] - 10:23,
16:21, 17:12, 17:18,
19:11, 21:23, 23:1,
23:8, 23:25, 32:20,
34:6, 37:13, 38:23,
42:10, 42:13, 59:23,
60:6, 62:15, 65:11,
66:13, 66:24, 70:9,
70:25, 71:9, 75:14
**pepper** [2] - 50:11,
50:14
**percent** [1] - 70:8
**perfect** [1] - 8:25
**perimeters** [1] -
57:12
**perjury** [1] - 81:16
**person** [10] - 10:10,
21:1, 29:8, 35:12,
41:1, 73:12, 73:16,
73:21, 74:3, 75:3
**Personal** [1] - 1:5
**personal** [2] - 21:18,
26:20
**personally** [2] -
10:23, 79:6
**perspective** [4] -
5:23, 6:19, 21:18,
41:21
**pertinent** [1] - 10:11
**Petersburg** [3] -
1:23, 2:14, 82:2
**phone** [2] - 29:12,
71:15

**phonetic** [1] - 7:7
**Photo** [2] - 3:5, 3:6
**photographed** [1] - 75:13
**physical** [3] - 28:24, 35:8, 76:13
**physically** [3] - 32:17, 60:11, 77:8
**pick** [2] - 11:5, 26:12
**picket** [1] - 49:15
**picture** [4] - 40:23, 45:17, 48:13, 48:21
**Picture** [3] - 48:21, 48:22
**piece** [2] - 40:15, 59:7
**pin** [2] - 9:2, 9:3
**pivotal** [1] - 65:22
**Place** [1] - 1:16
**place** [3] - 7:16, 18:5, 24:18
**plain** [5] - 26:22, 27:7, 27:8, 60:5, 60:7
**Plaintiff** [3] - 1:6, 1:13, 2:1
**planning** [1] - 36:24
**plant** [1] - 70:3
**planted** [3] - 69:1, 71:7, 71:11
**played** [2] - 24:12, 59:13
**player** [1] - 50:1
**Pm** [1] - 78:10
**point** [32] - 9:7, 14:19, 20:13, 22:19, 26:25, 27:3, 27:19, 35:24, 36:2, 36:11, 38:1, 38:2, 38:20, 39:7, 40:6, 43:8, 44:18, 44:19, 46:7, 47:23, 51:23, 52:21, 55:10, 55:12, 57:11, 57:21, 58:13, 67:12, 67:17, 69:18, 72:15, 76:19
**pointed** [2] - 44:10, 58:14
**police** [52] - 4:12, 4:15, 4:21, 5:16, 6:1, 6:4, 6:12, 16:19, 21:24, 22:25, 23:17, 23:22, 26:2, 26:3, 31:11, 31:15, 32:12, 32:19, 37:6, 37:11, 45:25, 46:8, 46:10, 46:15, 46:17, 46:19, 46:24, 46:25, 52:11, 56:11, 56:12, 56:16, 59:24, 60:7, 60:13, 60:22, 60:25, 61:3,

61:7, 61:16, 62:16, 63:8, 63:22, 64:9, 65:11, 67:18, 68:1, 68:4, 71:16, 73:14, 74:21, 76:7
**Police** [8] - 7:2, 25:25, 31:9, 31:13, 32:4, 46:1, 52:4, 60:10
**policing** [1] - 36:15
**polite** [1] - 10:24
**pop** [1] - 19:22
**pops** [1] - 14:8
**posed** [1] - 35:7
**position** [9] - 4:10, 41:2, 44:6, 45:20, 48:9, 48:11, 49:18, 51:10, 64:23
**positive** [1] - 31:10
**possibility** [3] - 53:14, 61:8, 65:3
**possible** [1] - 45:20
**post** [2] - 6:9, 18:25
**Post** [1] - 1:22, 82:1
**post-shooting** [1] - 6:9
**potentially** [4] - 8:3, 48:1, 66:13, 72:11
**precious** [1] - 34:2
**prediction** [1] - 48:16
**preparation** [1] - 9:20
**Preparatory** [1] - 13:3
**prepared** [3] - 29:17, 55:21, 58:3
**presence** [5] - 43:21, 56:16, 60:17, 63:19, 64:1
**Pretty** [1] - 75:18
**pretty** [6] - 5:17, 11:3, 15:3, 29:20, 30:10, 70:5
**prevent** [1] - 66:11
**prevented** [1] - 19:1
**Prieto** [3] - 2:4, 2:5
**primary** [1] - 36:18, 64:13
**privacy** [1] - 29:11
**private** [3] - 8:14, 13:4, 15:25
**probable** [1] - 35:7
**problem** [3] - 37:14, 37:21, 37:25
**procedure** [1] - 54:14
**process** [1] - 60:12
**processes** [1] - 62:6
**processing** [2] -

59:20, 60:7
**produce** [1] - 21:8
**professional** [2] - 30:8, 73:13
**proficiency** [2] - 8:22, 29:1
**profile** [3] - 22:23, 28:1, 53:20
**program** [5] - 27:14, 30:2, 30:5, 30:6, 31:20
**projected** [1] - 46:24
**promotion** [1] - 24:10
**proper** [2] - 20:25, 76:6
**properly** [1] - 20:21
**prostitute** [1] - 26:13
**prostitution** [1] - 18:14
**protect** [1] - 58:3
**protecting** [7] - 34:1, 34:8, 55:10, 55:11, 58:5, 62:10, 64:22
**protocol** [2] - 26:19, 76:6
**provided** [6] - 11:16, 19:4, 21:7, 34:17, 63:19, 77:19
**Public** [1] - 79:15
**pull** [8] - 11:9, 36:21, 50:24, 62:3, 62:15, 69:10, 76:21, 76:23
**pulled** [7] - 16:14, 16:17, 36:25, 58:5, 66:19, 70:5, 70:6
**pulls** [1] - 62:3
**pulse** [2] - 71:23
**punched** [1] - 14:3
**pure** [1] - 62:18
**pursuing** [2] - 60:2, 61:6
**pursuit** [1] - 7:14
**put** [5] - 20:8, 22:20, 31:3, 41:9, 73:2
**putting** [1] - 25:4

**Q**

**qualified** [1] - 9:5
**qualify** [1] - 8:25
**questioned** [1] - 4:4
**questions** [5] - 10:16, 35:6, 76:10, 78:4, 78:5
**quick** [1] - 29:20, 48:14, 76:19
**quicker** [1] - 29:13
**quickly** [6] - 23:16, 26:11, 30:6, 54:3,

70:5, 77:6
**quiet** [1] - 10:24
**quite** [6] - 15:5, 26:20, 29:6, 34:9, 38:21, 77:8

**R**

**racial** [1] - 35:14
**radio** [2] - 67:11, 76:21
**railroad** [7] - 41:6, 41:13, 42:2, 42:11, 67:1, 71:18, 74:24
**raise** [2] - 4:23, 44:13
**raised** [1] - 40:15
**raises** [1] - 54:22
**rammed** [1] - 23:2
**ran** [4] - 23:6, 38:15, 47:22, 63:17
**rank** [3] - 11:10, 11:12, 11:14
**ranking** [2] - 8:16, 8:23
**rate** [1] - 4:21
**rather** [1] - 66:3
**Re** [2] - 81:3, 82:7
**reach** [2] - 67:9, 76:21
**react** [1] - 62:3
**reacted** [1] - 34:12
**reaction** [2] - 52:5, 52:8, 71:13
**read** [9] - 5:16, 5:22, 13:9, 33:2, 50:19, 75:21, 78:7, 81:16, 82:13
**reading** [3] - 16:5, 16:8, 82:12
**ready** [9] - 29:18, 44:6, 44:8, 44:9, 44:12, 48:3, 51:5, 51:10, 74:13
**realize** [2] - 37:14, 37:24
**realized** [1] - 67:4
**really** [14] - 7:16, 10:22, 18:9, 24:16, 33:22, 36:14, 38:23, 50:3, 56:17, 64:10, 65:6, 71:25, 73:8, 77:19
**rear** [2] - 39:22, 72:10
**Reason** [1] - 81:5
**reason** [7] - 10:22, 23:5, 26:8, 60:21, 61:2, 66:6, 70:3
**reasonable** [3] -

53:24, 57:1, 69:14
**reasons** [2] - 11:5, 36:5
**recess** [1] - 77:13
**recognize** [2] - 42:20, 62:17
**recognizes** [1] - 8:21
**recollection** [3] - 5:13, 22:5, 29:21
**record** [6] - 30:10, 40:17, 41:17, 54:6, 77:14, 80:5
**recruited** [1] - 29:5
**Red** [2] - 18:5, 25:12
**red** [5] - 40:9, 41:3, 41:9, 45:9, 71:20
**reevaluate** [1] - 64:18
**reference** [1] - 11:19
**referenced** [1] - 82:11
**refresh** [1] - 5:12
**regards** [1] - 28:24
**reinforce** [1] - 42:6
**relation** [1] - 59:5
**relationship** [2] - 12:10, 24:16
**relative** [3] - 59:7, 80:6, 80:7
**relax** [1] - 74:19
**relayed** [1] - 24:11
**released** [2] - 30:2, 59:1
**religious** [2] - 11:3, 11:19
**relived** [1] - 15:4
**rely** [1] - 54:14
**remember** [37] - 13:18, 15:22, 20:4, 23:18, 23:19, 24:4, 33:5, 38:3, 39:15, 39:16, 39:17, 39:19, 39:20, 39:21, 43:22, 44:25, 45:3, 54:4, 56:25, 57:2, 58:17, 68:12, 71:17, 72:7, 72:19, 72:22, 72:23, 73:10, 73:17, 73:19, 74:5, 74:23, 74:25, 76:25, 77:3
**render** [1] - 71:21
**rendition** [1] - 69:7
**rephrase** [2] - 48:17, 55:5
**report** [6] - 5:16, 6:1, 6:4, 6:6, 16:14, 80:4
**Reporter** [9] - 1:21, 2:21, 79:5, 79:15, 80:1, 80:3, 80:12, 80:13, 82:16

**Reporting** [3] - 1:16, 1:22, 82:1
**reports** [3] - 5:12, 6:14, 16:19
**representative** [2] - 74:5, 74:17
**Representative** [1] - 1:5
**request** [1] - 21:8
**requested** [1] - 80:4
**requirements** [1] - 20:14
**rescue** [3] - 23:4, 67:11, 68:6
**resource** [2] - 31:23, 32:5
**respect** [2] - 28:13, 28:23
**respond** [3] - 28:20, 52:9, 55:19
**response** [7] - 21:8, 24:24, 27:23, 28:6, 28:7, 28:9, 44:24
**responsibilities** [1] - 9:11
**responsibility** [1] - 31:17
**restaurants** [1] - 15:13
**retention** [1] - 21:3
**returned** [2] - 7:21, 32:12
**reverse** [1] - 7:11
**review** [2] - 5:11, 80:4
**reviewed** [4] - 5:17, 9:20, 25:1, 25:3
**rhyme** [1] - 10:22
**Richard** [11] - 1:8, 1:12, 2:11, 4:2, 4:11, 79:6, 80:4, 81:3, 81:3, 81:19, 82:8
**Richardson** [5] - 2:8, 78:5, 82:4, 82:10, 82:13
**ride** [2] - 11:5, 14:4
**rides** [1] - 9:13
**ridiculous** [1] - 69:7
**right-handed** [1] - 51:2
**road** [1] - 45:18
**robbed** [1] - 68:1
**robberies** [1] - 14:18
**Robby** [2] - 75:6, 75:7
**role** [2] - 24:12, 31:11
**roll** [1] - 13:13
**Rolling** [1] - 54:13
**rolling** [1] - 39:12
**Roobik** [4] - 1:5, 39:9,

39:14, 71:11
**room** [9] - 17:9, 53:14, 61:7, 65:3, 74:22, 74:23, 75:12, 75:14, 76:2
**round** [4] - 66:6, 66:10, 66:16, 66:21
**routine** [1] - 73:9
**run** [14] - 7:12, 35:22, 36:8, 37:25, 38:12, 48:20, 49:8, 49:16, 49:23, 49:25, 50:3, 55:18, 67:7, 67:8
**running** [16] - 7:22, 14:7, 33:23, 34:24, 38:5, 39:20, 41:1, 43:11, 46:5, 47:14, 48:9, 50:1, 55:16, 59:12, 64:19
**runs** [1] - 40:24
**rushing** [1] - 67:15

## S

**Sac** [5] - 14:19, 27:18, 29:4, 30:22, 31:5
**safely** [1] - 21:17
**safety** [1] - 21:2
**sat** [3] - 4:25, 5:4, 33:19
**Saturday** [3] - 15:7, 15:9, 15:21
**save** [2] - 68:5, 77:5
**saving** [2] - 25:10, 38:25
**saw** [20] - 34:23, 35:11, 37:25, 40:11, 41:5, 41:24, 42:10, 45:2, 45:3, 48:2, 55:24, 58:22, 63:16, 66:7, 66:17, 70:13, 72:4, 72:14, 72:20, 72:21
**scenario** [4] - 19:20, 20:15, 24:3, 56:13
**scenarios** [4] - 20:8, 20:18, 21:12, 22:12
**scene** [15] - 25:7, 43:8, 61:4, 65:5, 67:8, 68:7, 69:19, 70:9, 70:12, 71:18, 72:25, 74:4, 74:9, 74:24
**scenes** [1] - 62:15
**school** [6] - 13:2, 13:4, 31:22, 31:23, 32:4, 50:15
**School** [2] - 13:3, 31:25

**score** [2] - 20:10, 20:11
**Scott** [1] - 24:5
**screamed** [3] - 52:10, 52:11
**screaming** [6] - 38:2, 38:5, 43:12, 53:16, 67:15, 72:7
**seal** [1] - 79:9
**seat** [5] - 7:19, 17:17, 17:18, 26:12
**seated** [1] - 56:6
**second** [7] - 46:2, 61:24, 61:25, 62:5, 62:11, 76:5, 77:11
**seconds** [8] - 34:16, 34:20, 34:21, 35:2, 53:7, 53:10, 64:3, 65:2
**secure** [1] - 67:8
**security** [1] - 42:17
**see** [37] - 5:23, 14:4, 15:17, 17:19, 19:15, 26:13, 29:15, 32:21, 36:8, 36:17, 36:22, 38:5, 38:9, 38:10, 39:20, 40:5, 41:5, 41:15, 43:4, 43:6, 43:13, 43:15, 43:16, 44:2, 47:19, 54:5, 54:23, 58:14, 60:11, 60:12, 64:12, 64:25, 65:1, 67:2, 67:21, 67:22
**seeing** [6] - 39:15, 39:16, 39:17, 72:19, 74:12, 74:23
**seem** [1] - 69:7
**sees** [1] - 62:6
**selecting** [2] - 11:10, 29:9
**selection** [1] - 21:3
**self** [1] - 8:14
**self-defense** [1] - 8:14
**semiautomatic** [1] - 58:10
**Seminole** [3] - 27:10, 29:23, 30:4
**send** [2] - 73:9, 77:22
**sense** [2] - 47:3, 76:1
**Sent** [1] - 82:9
**sent** [2] - 65:19, 72:9
**separate** [2] - 56:14, 64:7
**separated** [1] - 69:17
**separating** [1] - 39:2
**September** [1] - 25:6
**Sergeant** [4] - 5:21,

18:22, 29:5, 70:7
**serious** [3] - 14:16, 14:20, 35:8
**served** [1] - 27:21
**service** [2] - 11:14, 11:16
**set** [4] - 20:25, 24:2, 25:7, 57:12
**setting** [2] - 63:24, 64:18
**seven** [2] - 12:9, 31:21
**seven-eight** [1] - 31:21
**Several** [2] - 22:8, 28:11
**sexual** [1] - 28:1
**share** [2] - 11:3, 22:9
**shatters** [1] - 29:16
**Sheet** [2] - 2:22, 81:1
**sheet** [1] - 82:13
**sheriff** [2] - 24:15, 24:17
**Sheriff's** [3] - 4:16, 4:20, 24:7
**shift** [1] - 18:7
**shirt** [4] - 25:23, 27:15, 42:16, 71:20
**shirts** [1] - 42:15
**shoe** [1] - 22:16
**shoes** [1] - 25:22
**shoot** [15] - 8:25, 9:1, 19:20, 20:4, 20:9, 20:18, 21:11, 31:16, 35:17, 47:17, 53:4, 53:18, 61:18, 66:4
**shoot/don't** [2] - 19:19, 20:9
**shooter** [1] - 51:2
**shooting** [19] - 6:9, 6:12, 6:22, 7:6, 11:15, 16:25, 17:24, 18:25, 19:4, 19:5, 21:11, 23:14, 27:19, 30:23, 32:8, 66:5, 68:20, 72:6, 73:23
**shootings** [1] - 6:24
**shootout** [1] - 64:23
**short** [3] - 12:7, 12:8, 30:24
**shot** [26] - 7:21, 7:23, 8:18, 8:20, 23:2, 39:10, 48:3, 53:20, 54:9, 57:18, 57:23, 58:3, 58:19, 65:23, 66:3, 66:15, 67:18, 67:19, 67:20, 67:25, 68:4, 68:14, 69:9, 72:8, 72:21, 72:22
**shoulder** [1] - 45:1

**show** [2] - 13:14, 48:20
**showing** [2] - 44:15, 73:11
**sic** [4] - 36:25, 58:8, 76:16, 77:20
**sick** [1] - 11:8
**side** [11] - 17:20, 18:18, 26:1, 36:12, 36:13, 36:14, 38:11, 40:14, 40:25, 49:18, 57:13
**sight** [1] - 57:25
**sign** [1] - 82:13
**signed** [1] - 32:18
**signing** [1] - 82:12
**signs** [1] - 14:1
**silver** [1] - 58:11
**similar** [1] - 27:21
**simulated** [1] - 19:11
**simulation** [1] - 20:2
**simulator** [1] - 20:7
**simultaneously** [2] - 51:6, 51:9
**sister's** [1] - 24:1
**sit** [10] - 9:23, 17:11, 17:18, 25:11, 33:15, 36:16, 36:22, 38:9, 64:11, 68:16
**sitting** [3] - 37:9, 45:1, 63:25
**situation** [14] - 21:1, 22:13, 22:22, 31:2, 36:8, 37:7, 39:4, 39:21, 46:23, 53:23, 55:15, 57:5, 63:13, 66:25
**situations** [5] - 19:6, 20:9, 21:20, 21:22, 23:11
**size** [1] - 58:8
**slapped** [1] - 45:4
**slapping** [1] - 45:4
**slash** [1] - 15:20
**slow** [7] - 15:5, 15:22, 48:11, 50:4, 58:19, 58:21, 67:4
**slowed** [1] - 49:24
**slower** [1] - 15:21
**slowing** [1] - 62:20
**slowly** [1] - 48:13
**slurs** [1] - 35:14
**small** [1] - 14:3
**smaller** [1] - 29:24
**smock** [1] - 25:25
**smock-type** [1] - 25:25
**smoking** [1] - 60:8
**solely** [1] - 51:17
**someone** [6] - 11:5,

61:6, 66:14, 68:13, 68:24, 71:15
**Sometimes** [1] - 65:13
**son** [1] - 10:2
**Sonya** [1] - 5:20
**soon** [2] - 7:17, 69:10
**Sops** [2] - 9:18, 9:20
**sorry** [1] - 59:4
**sort** [5] - 6:1, 14:23, 24:9, 28:15, 56:9
**sound** [1] - 65:24
**south** [7] - 13:19, 14:11, 14:12, 14:13, 16:22, 36:12, 48:7
**southeastern** [1] - 48:11
**southwest** [1] - 48:9
**speaker** [1] - 56:9
**speaking** [1] - 44:15
**specialized** [2] - 16:24, 29:2
**specialty** [1] - 22:23
**specific** [3] - 37:18, 47:13, 58:4
**specifically** [2] - 24:23, 31:9
**Specifically** [1] - 13:16
**speculation** [1] - 57:20
**speed** [1] - 72:18
**spent** [2] - 27:7, 27:9
**spin** [1] - 58:23
**spinning** [2] - 48:5, 48:6
**spiritual** [1] - 11:22
**spot** [1] - 45:23
**spray** [2] - 50:12, 50:14
**spun** [2] - 56:24, 59:3
**squad** [3] - 10:22, 27:11, 28:15
**square** [2] - 52:18, 52:20
**St** [3] - 1:23, 2:14, 82:2
**stance** [1] - 45:6
**stand** [1] - 23:8
**standards** [2] - 9:1, 28:24
**standing** [7] - 40:6, 42:10, 44:9, 45:10, 45:13, 60:18, 67:10
**stands** [1] - 14:19
**start** [4] - 4:23, 18:7, 62:17, 73:10
**started** [24] - 16:5,

18:8, 23:13, 29:23, 31:9, 36:11, 44:19, 44:21, 45:2, 45:24, 46:2, 46:3, 46:6, 48:4, 52:12, 52:17, 68:23, 68:25, 69:20, 71:14, 71:15, 71:22, 71:24
**starts** [1] - 15:14
**state** [2] - 31:18, 31:21
**State** [6] - 4:9, 32:10, 75:14, 79:2, 79:15, 80:1
**statement** [5] - 5:20, 27:6, 69:5, 75:21, 75:24
**statements** [4] - 35:13, 69:6, 69:8, 69:20
**States** [1] - 1:1
**station** [2] - 74:14, 74:21
**stationary** [1] - 51:23
**stay** [1] - 46:22
**stayed** [1] - 48:21
**Ste** [1] - 52:22
**stenographic** [1] - 80:5
**stenographically** [1] - 80:3
**steppingstone** [1] - 29:25
**steps** [2] - 45:24, 50:2
**sticks** [1] - 33:13
**still** [13] - 14:22, 24:7, 24:14, 24:18, 33:8, 39:6, 45:16, 46:5, 51:25, 52:6, 52:7, 59:19, 62:19
**Still** [1] - 52:22
**stings** [1] - 18:15
**stolen** [2] - 13:22, 13:25, 14:8
**stop** [6] - 7:9, 38:8, 48:13, 62:25, 63:1, 66:6
**stopped** [1] - 7:10
**stopping** [1] - 32:22
**store** [2] - 18:3, 25:8, 25:12
**story** [1] - 69:2
**Stout** [2] - 74:6, 74:16
**straight** [2] - 44:11, 60:9
**strange** [3] - 49:25, 50:2, 58:20
**Strasser** [6] - 1:21, 79:5, 79:15, 80:3,

80:12, 82:16
**street** [19] - 21:19, 35:23, 37:2, 37:3, 37:14, 37:16, 37:22, 38:1, 39:14, 43:24, 45:14, 45:19, 45:21, 47:22, 53:22, 61:2, 63:15, 64:7, 76:17
**Street** [5] - 2:3, 2:16, 14:19, 17:2, 18:4
**street's** [1] - 36:13
**streets** [2] - 9:14, 22:2
**strength** [1] - 46:20
**stress** [3] - 24:11, 72:18, 74:3
**strike** [1] - 7:24
**strong** [2] - 24:16, 50:5
**stuck** [1] - 7:17
**study** [1] - 29:20
**stuff** [2] - 14:21, 25:9
**style** [3] - 27:21, 36:15, 36:21
**subject** [2] - 35:18, 35:21
**subjects** [2] - 18:13, 40:13
**sudden** [2] - 55:3, 67:12
**suddenly** [1] - 61:6
**sued** [1] - 9:24
**suggesting** [1] - 24:25
**Suite** [1] - 2:13
**summarized** [1] - 35:5
**summoning** [1] - 62:17
**supervisor** [2] - 18:20, 18:21
**supervisors** [2] - 18:25, 73:11
**supposed** [4] - 63:10, 63:20, 67:13
**surrender** [1] - 21:23
**surrendered** [1] - 23:15
**surrendering** [2] - 59:15, 61:15
**surrounded** [1] - 23:14
**surveillance** [4] - 17:10, 17:15, 24:2, 25:10
**surveyed** [1] - 61:1
**suspect** [7] - 6:13, 6:19, 7:25, 19:23, 20:21, 23:6, 76:2
**suspects** [3] - 19:24,

22:24, 63:4
**Swat** [2] - 28:5, 28:17
**swinging** [1] - 46:4
**switch** [1] - 29:3
**sworn** [3] - 4:4, 25:2, 79:7
**symptoms** [1] - 14:1
**system** [1] - 56:9

**T**

**T-shirt** [2] - 25:23, 27:15
**table** [1] - 75:16
**tackle** [1] - 55:18
**tactical** [6] - 27:23, 28:18, 56:5, 63:18, 64:22, 77:25
**Tactical** [1] - 28:6
**tag** [1] - 14:7
**Tampa** [20] - 1:2, 1:8, 1:17, 2:3, 2:6, 2:7, 2:10, 2:16, 4:12, 4:14, 4:21, 7:2, 12:21, 18:15, 20:13, 22:12, 25:25, 30:5, 60:9, 82:6
**target** [4] - 7:24, 19:21, 66:11, 66:15
**targets** [1] - 19:19
**Taser** [1] - 50:12
**tasked** [1] - 13:9
**teach** [1] - 20:21
**team** [9] - 10:20, 28:5, 28:6, 28:7, 28:8, 28:14, 28:17, 28:20, 31:16
**teams** [2] - 28:17, 31:16
**techniques** [1] - 26:16
**teenage** [2] - 22:17, 22:19
**tennis** [1] - 25:22
**term** [1] - 14:14
**terms** [5] - 7:23, 11:11, 15:20, 30:8, 37:5
**testicles** [1] - 23:3
**testified** [3] - 4:4, 6:8, 37:20
**testimonies** [1] - 64:15
**testimony** [4] - 33:25, 37:16, 56:22, 76:12
**theaters** [1] - 15:14
**theft** [2] - 13:16, 14:18
**theory** [1] - 5:7

**therefore** [2] - 6:13, 8:23
**Thereupon** [2] - 4:1, 78:9
**thinking** [4] - 54:2, 61:14, 68:4, 73:19
**threat** [3] - 35:8, 66:17, 75:7
**threatening** [5] - 53:12, 68:3, 68:11, 69:11, 69:15
**threats** [8] - 43:10, 47:13, 47:15, 47:25, 65:17, 68:8, 68:13, 74:25
**three** [15] - 23:8, 29:23, 30:7, 38:10, 39:16, 39:18, 40:5, 40:13, 40:22, 41:23, 42:3, 42:10, 42:13, 65:2
**threw** [1] - 7:11
**throw** [3] - 26:12, 59:16, 63:9
**ticked** [1] - 61:24
**Tim** [1] - 7:7
**tire** [1] - 32:22
**title** [1] - 20:1
**titles** [1] - 19:14
**today** [7] - 9:23, 10:7, 33:15, 50:7, 50:13, 60:4, 68:16
**today's** [1] - 9:21
**together** [4] - 10:21, 36:23, 57:3
**tolerance** [1] - 14:23
**tomorrow** [1] - 73:21
**toned** [1] - 58:11
**took** [9] - 7:22, 23:9, 25:4, 44:20, 45:24, 53:7, 54:3, 74:21, 77:9
**topic** [1] - 30:12
**total** [1] - 11:16
**tough** [1] - 29:7
**toward** [1] - 21:25
**Towards** [1] - 40:23
**towards** [57] - 10:16, 35:1, 35:18, 35:21, 42:2, 42:11, 42:24, 43:2, 44:10, 44:19, 46:4, 46:6, 46:17, 47:10, 48:4, 48:5, 48:6, 48:10, 48:15, 49:14, 51:10, 51:21, 51:22, 52:7, 52:12, 52:13, 52:17, 53:1, 54:24, 55:3, 55:4, 55:8, 55:16, 56:24, 66:25, 57:3, 57:7,

57:16, 57:24, 58:1, 58:17, 58:22, 59:6, 59:18, 60:13, 60:16, 61:9, 61:16, 64:20, 68:3, 69:3, 70:15, 70:17, 75:1
**track** [1] - 41:6
**tracks** [10] - 38:11, 38:13, 39:18, 40:13, 41:13, 42:2, 42:11, 67:2, 71:18, 74:25
**trained** [6] - 55:19, 56:18, 58:3, 66:4, 67:7, 73:14
**trainees** [2] - 29:13
**training** [31] - 8:22, 9:7, 9:11, 9:12, 9:15, 19:3, 19:4, 19:10, 19:14, 19:17, 20:2, 20:5, 20:16, 20:20, 21:2, 21:7, 21:10, 21:17, 27:13, 28:25, 29:3, 29:25, 31:6, 31:8, 37:6, 54:3, 54:22, 57:8, 65:23, 66:1, 77:19
**Training** [1] - 3:2
**trainings** [2] - 19:18, 77:16
**Transcript** [1] - 81:2
**transcript** [3] - 80:4, 80:5, 82:11
**transforms** [1] - 15:12
**trapped** [1] - 64:23
**traumatic** [1] - 73:15
**travel** [3] - 31:17, 56:2, 57:10
**tree** [2] - 45:15, 45:19
**trigger** [5] - 58:6, 62:3, 62:4, 66:19, 69:10
**trouble** [2] - 7:20, 29:1
**trucks** [1] - 23:13
**true** [3] - 9:7, 80:5, 81:17
**truly** [1] - 34:10
**try** [3] - 13:14, 53:19, 57:12
**trying** [16] - 10:7, 30:20, 31:10, 48:12, 61:8, 64:10, 67:9, 67:12, 67:23, 68:5, 69:22, 73:22, 76:11, 77:4
**turkey** [1] - 5:9
**turn** [4] - 7:16, 35:1, 48:11, 48:13

turned [11] - 7:20, 37:15, 46:3, 46:17, 52:13, 55:3, 57:16, 57:24, 59:3, 60:16, 63:15
**turning** [12] - 15:14, 44:19, 46:4, 46:6, 48:4, 48:10, 51:8, 52:12, 53:15, 59:6, 61:9, 61:16
**turns** [2] - 15:16, 64:13
**twice** [1] - 45:25
**Two** [1] - 27:20
**two** [27] - 12:14, 18:25, 22:3, 23:1, 23:25, 27:11, 35:22, 36:12, 37:25, 38:4, 38:11, 38:15, 38:22, 44:18, 47:21, 49:16, 51:15, 55:16, 57:22, 57:24, 58:11, 60:8, 63:8, 64:15, 72:10, 76:25, 77:8
**two-and-a-half** [2] - 12:14, 27:11
**two-toned** [1] - 58:11
**type** [11] - 17:4, 19:14, 19:19, 20:15, 25:25, 28:14, 30:14, 66:1, 69:5, 69:11, 72:16
**types** [1] - 36:7
**typical** [1] - 15:20

**U**

**ultimately** [1] - 23:7
**uncommon** [1] - 14:4
**Under** [1] - 81:16
**under** [2] - 5:7, 26:12
**underage** [1] - 14:21
**undercover** [7] - 17:3, 26:9, 27:13, 28:2, 63:18, 63:19, 76:20
**undersigned** [1] - 79:5
**Unfortunately** [1] - 16:5
**uniform** [1] - 25:20, 60:3, 62:8
**uniforms** [2] - 42:17, 76:24
**unit** [8] - 22:23, 26:21, 27:11, 27:21, 27:23, 27:25, 28:9, 30:22
**United** [1] - 1:1

units [1] - 27:22
**unjustly** [1] - 10:5
**unpleasant** [1] - 30:12
**unusually** [3] - 15:5, 15:22, 58:19
**Up** [1] - 46:7
**up** [46] - 5:8, 10:18, 11:7, 12:21, 12:25, 13:15, 14:8, 15:4, 19:22, 21:22, 22:14, 24:2, 26:12, 32:18, 36:21, 37:5, 39:7, 39:20, 40:24, 43:24, 44:12, 48:5, 51:9, 52:23, 55:18, 56:1, 57:12, 58:1, 59:9, 59:16, 60:8, 60:9, 62:14, 62:15, 62:21, 62:25, 67:7, 67:8, 67:24, 68:9, 69:3, 73:11, 74:21, 74:22, 76:13, 77:12
**Ursula** [2] - 2:8, 82:4
**utility** [1] - 50:10

**V**

**van** [19] - 17:3, 17:6, 17:8, 17:9, 17:10, 17:14, 37:9, 40:13, 45:12, 48:23, 49:13, 51:8, 51:24, 52:1, 55:23, 56:10, 60:23
**Van** [1] - 3:5
**vantage** [1] - 40:6
**Vartanian** [16] - 1:4, 1:5, 33:2, 35:7, 39:15, 40:9, 40:10, 42:23, 51:17, 51:19, 53:11, 65:4, 67:3, 70:20, 81:3, 82:7
**Vartanian's** [1] - 64:1
**vector** [1] - 48:21
**vehicle** [38] - 7:9, 7:10, 7:11, 7:14, 7:17, 7:18, 13:20, 13:25, 14:2, 14:5, 26:23, 34:25, 38:9, 38:16, 40:21, 44:25, 45:1, 45:6, 45:7, 45:13, 45:14, 47:4, 47:5, 47:7, 47:11, 56:9, 57:14, 60:24, 60:25, 63:14, 63:18, 64:8, 64:11, 64:24, 64:25, 72:23
**vehicles** [4] - 7:14, 13:22, 23:2, 56:11
**vent** [1] - 14:3

verbal [3] - 35:13, 47:13, 55:20
**verbally** [2] - 48:18, 68:2
**verge** [1] - 22:6
**vest** [17] - 25:24, 25:25, 26:17, 26:21, 26:23, 26:24, 46:17, 50:21, 50:23, 54:1, 62:7
**vests** [4] - 26:7, 26:9, 26:12, 26:15
**victim** [5] - 6:20, 47:25, 48:1, 63:3, 76:2
**video** [3] - 20:7, 20:15, 20:17
**video-type** [1] - 20:15
**Village** [1] - 74:9
**village** [4] - 19:20, 20:4, 20:18, 21:11
**visual** [1] - 40:8
**voice** [3] - 43:9, 46:21, 46:24

**W**

**waistband** [1] - 59:8
**waited** [1] - 62:2
**walk** [5] - 35:4, 36:18, 50:5, 60:8, 60:9
**walking** [4] - 19:21, 51:21, 71:19, 74:23
**wall** [1] - 66:22
**walls** [1] - 66:23
**warmed** [1] - 5:8
**warning** [1] - 68:20
**warrants** [1] - 18:14
**watch** [3] - 17:12, 17:18, 36:2
**watched** [3] - 58:20, 58:21, 58:24
**watching** [2] - 33:1, 35:1
**water** [1] - 25:17
**ways** [2] - 64:7, 66:25
**weapon** [40] - 21:3, 21:21, 21:22, 21:25, 22:18, 23:4, 23:5, 34:25, 39:8, 44:11, 44:13, 45:6, 45:25, 46:1, 46:25, 47:24, 48:2, 50:11, 51:9, 52:4, 52:11, 52:14, 52:16, 52:18, 54:22, 55:21, 57:9, 58:18, 59:23, 61:17, 62:6,

63:2, 66:2, 66:17, 67:5, 67:9, 67:10, 72:11
**weapons** [5] - 19:12, 23:15, 29:2, 50:8, 50:16
**wear** [4] - 26:3, 26:7, 26:21, 76:20
**wearing** [15] - 15:18, 15:22, 25:23, 27:15, 42:13, 42:14, 42:16, 42:17, 42:18, 50:9, 50:10, 50:13, 60:3, 62:7
**Weatherfield** [1] - 24:5
**week** [1] - 15:6
**weeks** [1] - 27:20
**weighed** [1] - 32:25
**West** [1] - 2:3
**west** [3] - 40:19, 40:20, 48:8
**White** [1] - 71:2
**white** [3] - 26:2, 49:15, 71:9
**whoa** [1] - 62:20
**whole** [2] - 34:22, 65:5
**width** [1] - 43:21
**wife** [1] - 22:14
**window** [4] - 14:3, 17:21, 38:18, 38:19
**windows** [3] - 17:16, 26:14, 38:17
**Windows** [1] - 14:2
**Wise** [1] - 5:20
**wish** [2] - 60:14, 60:15
**Witness** [1] - 79:9
**witness** [4] - 1:21, 6:13, 49:2, 76:13
**witnesses** [1] - 16:9
**wondering** [1] - 54:19
**word** [3] - 36:13, 37:6, 75:11
**words** [6] - 60:2, 61:7, 68:12, 71:17, 77:3
**works** [1] - 24:7
**worried** [1] - 55:13
**worse** [2] - 15:16, 64:9
**wrap** [1] - 77:12
**Write** [1] - 81:2
**write** [2] - 6:6, 6:13
**wrote** [1] - 44:7

## X

**Xs** [1] - 41:9

## Y

**yard** [1] - 23:6
**yards** [2] - 47:2, 52:22
**Ybor** [7] - 14:4, 14:6, 15:10, 15:12, 18:10, 18:20, 38:22
**year** [4] - 8:25, 11:18, 31:12, 31:14
**year-and-a-half** [1] - 31:12
**years** [9] - 11:14, 11:16, 11:18, 21:20, 27:1, 27:12, 27:17, 28:11
**yelled** [3] - 45:25, 46:7, 72:4
**yelling** [9] - 34:24, 37:13, 38:1, 38:5, 43:12, 46:25, 67:15, 70:10, 72:7
**you-all** [1] - 13:9
**young** [1] - 59:15
**yourself** [3] - 29:19, 55:20, 64:22

## Z

**zero** [1] - 14:23