# In The Matter Of:

*The Estate of Roobik Vartanian v.*
*Officer Richard Harrell*

---

*Kenneth Bennett*
*December 15, 2010*

---

*Michael Musetta & Associates, Inc.*
*One Tampa City Center, Suite 3400*
*201 North Franklin Street*
*Tampa, Florida 33602*
*Phone: (813) 221-3171; Fax: (813) 225-1714*

Original File 12-15-10BENNETT.txt
Min-U-Script® with Word Index

**Page 29**

1  Q. Okay.
2  A. And they'd just carry it and then put it in the
3  back over there or whatever usually. That was kind of a
4  common thing. Like, they'd go in there, lock the door, and
5  after that they'd put the gun in there. And then they'd
6  come out and go do what they have to do for work.
7  Q. On this particular night of the shooting, when you
8  started work at 7:00 p.m., did you come to Club Prana with a
9  firearm on you?
10 A. Yes, ma'am.
11 Q. And was that typical for you?
12 A. No. That wasn't typical for me.
13 Q. So what was different this particular day?
14 A. Like, maybe a night -- a week before -- the week
15 prior we was talking about -- we talked about, like, little
16 guns and stuff like that and some guns that they had and
17 some guns that I had, and I only had this particular weapon
18 at the time. And they -- we were just talking about -- I'm,
19 like, "Yeah. I'll bring it in so you can see it one day."
20 You know what I mean?
21    So I was coming in to work, and I grabbed it. And
22 I brought it in so they could check it out. And I showed it
23 to them earlier in the night, and that was one of the guys
24 that worked in the front. And I showed it to him in the
25 front, and after that they're sort of, like, "Okay. That's

**Page 30**

1  cool." After that I put it back in and locked it up.
2  Q. Do you remember the name of the person you showed
3  the firearm to?
4  A. No, not offhand. No.
5  Q. Was anyone else around at that point? Other than
6  you showing it to him, was, you know, any of the other
7  personnel looking at you showing him or participating in
8  that conversation where you were showing him that gun?
9  A. Maybe Asian Tony was there, because I've gone to
10 the range and shot with him before. You know what I mean?
11 Because that was my friend or whatever. And it was over by
12 the bar. So maybe one of the bartenders might have seen me
13 talking to him about it or whatever. Yeah. I wouldn't be
14 able to tell you any bartenders' names or anything like
15 that, on the first floor.
16 Q. Okay. Other than yourself on the night of this
17 shooting, do you know if anybody else had a firearm on
18 Prana's property that night, you know, who had locked it in
19 the office back where you put yours?
20 A. No. I don't know, offhand. No, ma'am.
21 Q. The guy who you were showing the gun to up in the
22 front, did he, you know, show you any type of gun in
23 response, you know, "Hey, here's mine. Let me look at
24 yours"?
25 A. I don't remember him showing me anything that

**Page 31**

1  specific day.
2  Q. Okay. Had he shown you a gun before?
3  A. Yeah. He showed us guns before and stuff like
4  that, in the club.
5  Q. How long had you owned the firearm that you had
6  that night?
7  A. Maybe a couple months. Maybe three or four
8  months, maybe. It hadn't been too long.
9  Q. And where did you purchase it from?
10 A. I purchased it from Shoot Straight. It was --
11 they had the little -- you know, the little gun shows or
12 whatever, and I purchased it from that specific -- Shoot
13 Straight over in Brandon.
14 Q. Okay. And what kind of gun was it?
15 A. It was a Taurus, Taurus.
16 Q. And can you describe it for me?
17 A. It was silver, with a black handle.
18 Q. And I don't know much about firearms. So what
19 caliber weapon was this?
20 A. It was a 40-caliber.
21 Q. And did you have it fully loaded that night?
22 A. I had -- I had the bullets in the -- in the clip
23 or whatever, but I didn't carry it -- like, they wasn't,
24 like, in the chamber or anything like that. They were
25 separate.

**Page 32**

1  Q. Okay. So, as I understand it, your clip was fully
2  loaded?
3  A. Yes, ma'am.
4  Q. But you were carrying them separately?
5  A. As far as I remember, as far as I remember.
6  Q. How many did your clip usually hold?
7  A. I want to say ten.
8  Q. But, to the best of your recollection, at this
9  point do you know whether or not there was any round in the
10 chamber of the Taurus that night?
11 A. No, no.
12 Q. Okay. Prior to you actually bringing it to the
13 club and showing it to whoever the guy was in front, had you
14 fired it before?
15 A. Yes.
16 Q. And when was the last time you had fired that gun
17 before showing it to the dude at the club?
18 A. I can't remember, offhand, but I didn't go to the
19 range often.
20 Q. Okay.
21 A. I didn't go to the range often. So I might have
22 fired it maybe once or twice before.
23 Q. And do you still own that Taurus?
24 A. No, ma'am.
25 Q. What happened to it?

Page 49

1  remember how and, like, in what order or anything that they
2  went. I remember TNT saying -- it was, like, more -- more
3  of -- for Tony to go back inside, "You have a fight. Go
4  back inside. You have a fight," kind of deal.
5  Q. Okay.
6  A. And, I mean -- what's the name -- Jacksonville,
7  you know, what I mean, he fights. He knows how to move and
8  all that stuff. So, I mean, if he wants to go, he's going
9  to go.
10 Q. Okay.
11 A. You know what I mean?
12 Q. So do you go back into the club to get your gun?
13 A. Yes, ma'am.
14 Q. And at that point when you leave is TNT, Edwin,
15 Aiden, Jacksonville Tony, and Frank -- are they all still
16 outside?
17 A. They're all still outside, but when I came back
18 out, they weren't in the alleyway.
19 Q. Okay.
20 A. They were around the corner.
21 Q. And do you recall that TNT was actually around the
22 corner, you know, outside of the alleyway around the corner,
23 as well?
24 A. I think so. I think so. I know he wasn't in the
25 alleyway. I know he wasn't in the alleyway. So he might

Page 50

1  have been on the block, or he might have been in the parking
2  lot. I'm not sure exactly what his exact position was, but
3  I know he was near -- he was near -- the whole time he was
4  near, he was pretty close to Jacksonville.
5  Q. Okay.
6  A. More or less he needs to go back inside. "It's
7  not worth it. You need to go inside. It's not worth it,"
8  kind of deal.
9  Q. So what's happening when you come back with your
10 gun and they're out of the alleyway around the corner? What
11 is happening with the group of guys that you worked with?
12 What are they doing?
13 A. I see Jacksonville. He's standing -- he's
14 standing looking in the direction where -- I guess where the
15 guy went across the street and kind of where the house --
16 the building was, and they're all kind of looking, what's
17 going on, where the guy was, and stuff like that.
18 Q. Is Jacksonville saying anything?
19 A. "He knows where I live, kind of deal. "He knows
20 where I live," stuff like that.
21 Q. Is anybody else in the group saying anything other
22 than Jacksonville?
23 A. Besides -- the only thing I can remember, besides
24 Tony -- besides Tony, like, saying --
25 Q. Which Tony?

Page 51

1  A. I'm sorry. TNT. Besides TNT saying, "Go back
2  inside. It's not worth it, "kind of deal," I remember
3  Jacksonville saying, "He knows where I live."
4     Other than that, I remember Aiden -- Aiden was the
5  one who was telling me to give him the gun at that point.
6  He said, "Give him your gun. Give him your gun."
7     So at that point, other than them -- those three,
8  I don't remember anything specific that Edwin might have
9  been saying or whatever.
10 Q. Now, this is the big question for you. When you
11 go back inside to get your gun, do you get the clip, as
12 well?
13 A. Yeah.
14 Q. Okay. And did you actually load it?
15 A. No.
16 Q. Okay. So where are you carrying the clip?
17 A. Well, I put it in -- I didn't put -- there wasn't
18 a bullet in the chamber. I put it in there, and after that
19 I gave it to him.
20 Q. But you actually did insert the clip into the gun?
21 A. Yes, ma'am. Yes, ma'am.
22 Q. But you didn't chamber a round?
23 A. Right.
24 Q. Now, other than Aiden being the one saying, "Hey,
25 give him the gun. Give him the gun," did Jacksonville Tony

Page 52

1  ever, you know, make any reference to your gun at all?
2  A. No.
3  Q. Okay. So do you specifically hand it to
4  Jacksonville Tony?
5  A. Yeah.
6  Q. And do you know which hand he took it with, which
7  hand he used to actually take it from you?
8  A. The right hand.
9  Q. And what did he do after you handed it to him?
10 A. He walked towards the railroad tracks.
11 Q. When you hand the gun to Jacksonville Tony, do you
12 know -- recognize that there's anybody else standing there
13 with you guys, around where that's happening?
14 A. The guy -- the parking attendants were -- because
15 the parking -- the way it was is, like, there's a street,
16 and behind the street was a -- was the -- was a parking
17 garage. So the parking attendants were right near the
18 street corner. So they're usually right there. So once we
19 came around the corner -- the parking attendants are going
20 to be in that same little area.
21 Q. Okay.
22 A. So they would have been in that same general
23 region.
24 Q. How about Frank? Was Frank close by at the point
25 where you give the gun to Jacksonville Tony?