UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:   8:10-cv-01367-SDM-EAJ

JENNIFER VARTANIAN,
as the Personal Representative
of the Estate of Roobik Vartanian,

    Plaintiff,

vs.

OFFICER RICHARD HARRELL,
Individually; and CITY OF TAMPA,
Florida,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DEPOSITION OF: | JEFFIE JONES |
| DATE TAKEN: | December 14, 2010 |
| TIME: | 10:28 a.m. until 12:35 p.m. |
| PLACE: | Skyline Reporting<br>203 East Livingston Street<br>Orlando, Florida   32801 |
| TAKEN BY: | The Plaintiff |
| REPORTED BY: | JILLIAN P. BAXTER, FPR,<br>Court Reporter and<br>Notary Public |

\* \* \* \* \* \* \* \* \* \* \* \* \*

```
 1                    A P P E A R A N C E S:
 2    MICHAEL P. MADDUX, ESQUIRE
      OF:    Michael P. Maddux, P.A.
 3           2102 West Cleveland Street
             Tampa, Florida   33606
 4
      ANTHONY T. PRIETO, ESQUIRE
 5    OF:    Prieto, Prieto & Goan, P.A.
             3705 North Himes Avenue
 6           Tampa, Florida   33607

 7           APPEARING ON BEHALF OF THE PLAINTIFF

 8
      JOHN A. MAKHOLM, ESQUIRE
 9    OF:    The Makholm Law Group
             696 First Avenue North
10           Suite 205
             St. Petersburg, Florida   33701
11
             APPEARING ON BEHALF OF THE DEFENDANT/OFFICER
12           RICHARD HARRELL

13
      URSULA D. RICHARDSON, ESQUIRE
14    OF:    Assistant City Attorney
             315 East Kennedy Boulevard
15           5th Floor
             Tampa, Florida   33602
16
             APPEARING ON BEHALF OF THE DEFENDANT/CITY
17           OF TAMPA

18    ALSO PRESENT:
      Officer Richard Harrell
19
20
21
22
23
24
25
```

1  A. Uh-huh.
2  Q. Yes?
3  A. Yes.
4  Q. Do you know the names of any of those
5  people?
6  A. No.
7  Q. Did you see any of them after the
8  shooting?
9  A. Everything happened fast, man, so no.
10  Q. So you're in Prana. And from looking at
11  your statement, it looks like there was something
12  about banging on the walls?
13  A. Uh-huh. It's a sign of respect.
14  Q. So you've been dancing and then started
15  banging on the walls; is that what happened?
16  A. Actually, we came through crowd. They
17  started playing a lot of reggae. At first, they
18  played hip-hop, rap, basically. And once they played
19  rap, it turned into reggae music. That night, they
20  played a song that I knew that I haven't heard in
21  years. And once they played it -- can I bang on the
22  table?
23  Q. Sure.
24  A. (Indicating.) I was like, this is the
25  song right here. Some guy comes downstairs and jumps

```
 1   in my face. It was security. He said, was that you?
 2   I said, yeah, it was me. He said, don't do that. I
 3   said, all I was doing, man, tapping on the wall.
 4   That's how we do in Orlando, sign of respect for the
 5   song. Because I haven't heard the song in a long
 6   time. He's like, all right. Don't do that.
 7          Another guy comes down, Vartanian. So he
 8   comes downstairs. He says, what happened? What
 9   happened? He said, this guy was banging on the wall.
10   He said, really? Can't be banging on the walls around
11   here. It didn't recognize him at first. I was, like,
12   all right, man.
13          He said, get out. I was, like, get out?
14   I said, I promise, man, I won't do it again. I'm not
15   that type of person as far as causing no trouble. Do
16   you mind if we stay, please? This is his birthday
17   weekend. We're not here to cause no trouble at all.
18   Get out. I was like, all right. I told you the first
19   time to get out.
20          So he starts calling for backup. The
21   minute they started coming as everybody came, the guy
22   takes his hand openly and jabs me in my throat.
23       Q.    Which guy?
24       A.    Vartanian. So Mr. Vartanian jabs me in my
25   throat. I said, look, man, that's not even called
```

| | | |
|---|---|---|
| 1 | | for. Why you -- |
| 2 | Q. | Did he hold onto your throat? |
| 3 | A. | No. I said openly, he jabs me in my |
| 4 | | throat. |
| 5 | Q. | Popped you in your throat? |
| 6 | A. | Right. Popped me in my throat. |
| 7 | Q. | So he didn't keep his hand there? |
| 8 | A. | No. |
| 9 | Q. | Now -- |
| 10 | A. | May I finish the story? |
| 11 | Q. | Sure. You're on a roll. You go ahead and |
| 12 | | finish, and I'll ask you some follow-up. |
| 13 | A. | I'm trying to get it as fresh in my mind. |
| 14 | | Once he popped me, I said, look, man, that's not |
| 15 | | called for. I said why -- I told you I wouldn't do it |
| 16 | | again. I'm not going to be any trouble. We're not |
| 17 | | that type of people, man. And Phillip was in the |
| 18 | | restroom when this happens. |
| 19 | | He does it again. I said, didn't I tell |
| 20 | | you the first time not to jab me in my throat? I |
| 21 | | said, why are you jabbing me? We're leaving. He |
| 22 | | said, you're leaving out this way. I said, leaving |
| 23 | | out what way? And we looked behind us, and there was |
| 24 | | a door behind me. I said, all right. All right. You |
| 25 | | ain't got to -- |

|   |   |   |
|---|---|---|
| 1 | Q. | Was anyone grabbing you at this point? |
| 2 | A. | Security.  And I don't know if it was him |

or who all these people was.  A lot of guys on my back, and they were holding me, trying to pull me.  I said I'm not leaving until I get -- and then Phillip comes out.  He said, what's going on?  I said, they're throwing me out, man, because I banged on the wall.  He's, like, bang -- man.  Get off my boy.  He's not that type of person.

We're trying to leave out, and they grab him too and through all of us out the back door.  And they circle around me and said, yeah.  What's up now?  I said, what do you mean what's up now?  I said, I told you, man, it's not this type of party.  You're circled around like you're about to do something.  This isn't even called for.

I said, as a matter of fact, looking at your face -- I was kind of scared.  I'm looking at him.  I'm like, I remember you from your place.  He looks at me and says, you know where I live?  You know where I live?  Oh, hell no.  So they grabbed him.  They was like, you better leave or we're going to F you up.  Do you want me to --

Q. Say whatever they said.

A. I'm trying to keep it clean.

```
 1           They're like, I'm going F you up. The big
 2   guy says it.
 3        Q.   What big guy, different guy?
 4        A.   Same the guy from the front, the guy who
 5   told me, we're going to see you again. He said, when
 6   you leave, we're going to F you up. They had me in
 7   the alley.
 8             As we go out to leave, we run past the
 9   parking place you asked me earlier, we run past that
10   one, make a right on this street.
11        Q.   You're literally running?
12        A.   We're running. Heck no. We're not
13   walking. These guys are actually followed us.
14   Phillip is like, what's going on? I'm like, this is
15   crazy. Let's go stand over here. If they come, we'll
16   get in my car and just take off real fast. I was
17   wanting them to chase me to see what they would do,
18   not knowing the guy had a gun. I'm not going put
19   words in my mouth as far as what the cops told me.
20             As we went back to the car, we go stand
21   behind this building where he came from, and --
22        Q.   Where he came from when you saw him
23   earlier?
24        A.   Right.
25        Q.   Is that where your car is parked?
```