UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER VARTANIAN,
as the Personal Representative
Of the Estate of Roobik Vartanian,

Case No.: 8:10-CV-01367-SDM-EAJ

Plaintiffs,

v.

OFFICER RICHARD HARRELL,
Individually and CITY OF TAMPA, FL,

Defendants.
_____/

AFFIDAVIT OF DETECTIVE CHARLES MASSUCCI
IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, this day personally appeared Detective Charles Massucci, who was sworn and says:

1. This Affidavit is made upon my personal knowledge.

2. I have been employed with the CITY OF TAMPA as a Law Enforcement Officer since 1990.

3. I have been assigned to the Major Crimes Bureau since 2000 and I have worked as a Homicide Detective since 2003.

4. On September 6, 2008 at, or about 0135, I was assigned to assist Detective Sonja Wise with an officer involved shooting in Ybor City.

1

5. When I arrived at the incident location, I learned that an on duty Tampa police officer shot a white male, later identified as Roobik Vartanian.

6. As a part of my duties at the incident location, I observed the scene and made notes about my observations. Evidence technicians were also on scene to take photographs and collect evidence.

7. The shooting occurred on East 6th Avenue between North 16th and North 17th Streets. As a part of the investigation, a diagram was made of this location.

8. The diagram is attached hereto as Exhibit A and is not to scale, but is an accurate representation of the area and where certain evidence was found in the area.

9. As a part of the investigation an aerial of the location was also taken. The aerial photograph is attached hereto as Exhibit B and is a true and accurate representation of the area where the shooting occurred.

10. The physical location of the shooting was near 1609 E. 6th Avenue just south of the railroad tracks in a grassy berm that was just north of the paved surface of 6th Avenue. Photographs were taken of this area.

11. Exhibit C attached hereto is a composite of photographs that accurately reflect the way the area appeared on the morning of September 6, 2008.

12. Prior to the shooting Officer Harrell and Officer Myles were traveling in a silver undercover Chevy astro van on East 6th Avenue. Photographs were taken of the van and its position at, or near, the time of the shooting.

13. Exhibit D is a composite of photographs that accurately represent the way the van appeared and its position on September 6, 2008.

14. At the incident location, Detective Sonja Wise did a walk through of the shooting with Officer Richard Harrell. Officer Harrell was wearing blue jeans and a green t-shirt covered with a black mesh vest with POLICE marked in gold letters on the front left side of the chest, a police badge emblem in gold on the front side of his chest. Officer Harrell also wore his Tampa Police badge on a lanyard around his neck.

15. An evidence technician photographed Officer Harrell on September 6, 2008. Exhibit E is a true and accurate representation of the way Officer Richard Harrell appeared on the morning of the shooting.

16. At the incident location, Detective Sonja Wise did a separate walk through of the shooting with Officer Cesare Myles. Officer Myles was wearing blue jeans and a black t-shirt covered with a black mesh vest with POLICE marked in gold letters on the front left side of the chest, a police badge emblem in gold on the front side of his chest. Officer Myles was also wearing his Tama Police badge on a lanyard around his neck and was armed with his taser and service firearm weapon holstered on his right side.

17. An evidence technician photographed Officer Myles on September 6, 2008. Exhibit F is a true and accurate representation of the way Officer Cesare Myles appeared on the morning of the shooting.

18. An evidence technician photographed the black mesh police vest worn by both officers on September 6, 2008. Exhibit G is a composite of photographs which are true and accurate representations of what the vest worn by Officer Harrell and Officer Myles looked like on the date of the shooting.

19. When I observed the scene, I saw a blood stain from Roobik Vartanian just south of the railroad tracks in the grassy area before you reach the paved surface of East 6th Avenue.

20. One (1) foot to the East of the blood stain was a .40 caliber semi-automatic Taurus handgun. Photographs were taken of the gun and its position on the morning of the shooting.

21. Exhibit H is a composite of photographs which are a true and correct representation of the handgun that was found and where it was located.

22. The investigative efforts in connection with the shooting are memorialized in Tampa Police Department Agency Report Number 2008-539008.

23. At the conclusion of the investigation, Detective Wise presented the information garnered during the investigation to the State Attorney's Homicide Review Committee on September 23, 2008.

24. In a letter dated September 29, 2008, State Attorney Mark Ober opined that his office determined that the shooting was justified. A true and correct copy of the letter is attached hereto as Exhibit I.

23. Further sayeth not.

07/01/2011   09:51   8132763558                    HOMICIDE                                    PAGE   04/05

_____
Detective Charles Massucci

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

**BEFORE ME** personally appeared Detective Charles Massucci who executed the foregoing Affidavit in support of Defendants' Motions for Summary Judgment, and who is [✓] personally known to me or [ ] who presented _____ as identification, and who did take an oath, and swears that the foregoing Affidavit is true and correct.

WITNESS my hand and official seal, this __30th__ day of June, 2011.

_____
NOTARY PUBLIC

JOHN G. COLUMBIA, JR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD0932585
Expires 10/12/2013

Printed Name
My Commission expires